**UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

EDITH MCCURRY,        )
                      )
         Plaintiff,   )
                      )
                      )   Case No. 2:16-cv-02273-CSB-EIL
V.                    )   Judge Colin Stirling Bruce
                      )   Magistrate Judge Eric I. Long
KENCO LOGISTIC SERVICES, LLC, et al.  )   No. 18-3206
                      )
         Defendants.  )

*U.S.C.A. – 7th Circuit
RECEIVED
OCT 24 2018  DL
GINO J. AGNELLO
CLERK*

## PLAINTIFF'S DOCKETING STATEMENT

This Court has jurisdiction over this appeal pursuant to 28 U.S.C. § 1291 because Plaintiff, Edith McCurry (herein after "McCurry" or "Plaintiff"), is appealing from a final decision of the district court. The district court entered final judgment against McCurry and in favor of, along with its grant of summary judgment to: KENCO LOGISTIC SERVICES, LLC, MARS, INC., KELVIN WALSH, TAMMI FOWLER, DAVID JABALEY, LORI VARVEL, MIKE MANZELLO AND MARION LOPEZ on August 14, 2018 [Doc. Nos.125-126].

McCurry filed a post-judgment motion on August 28, 2018, A MOTION TO RECONSIDER RULING ON DEFENDANT'S SUMMARY JUDGMENT [Doc. Nos.127] that tolled the period of time to file a notice of appeal. On September 17, 2018, the District Court issued a response and an order denying McCurry' MOTION TO RECONSIDER RULING ON DEFENDANT'S SUMMARY JUDGMENT [Doc. Nos.128-129].

McCurry timely filed her notice of appeal in the district court within thirty days after the entry of judgment, on October 17 2018. *See* Fed. R. App. P. 4(a)(1)(A).

McCurry's appeal seeks review of the district court's order granting KENCO LOGISTIC SERVICES, LLC, MARS, INC., KELVIN WALSH, TAMMI FOWLER, DAVID JABALEY, LORI VARVEL, MIKE MANZELLO AND MARION LOPEZ summary judgment, upon which the court entered final judgment in favor of KENCO LOGISTIC SERVICES, LLC, MARS, INC., KELVIN WALSH, TAMMI FOWLER, DAVID JABALEY, LORI VARVEL, MIKE MANZELLO AND MARION LOPEZ, as well as all, opinions and orders antecedent and ancillary thereto and shall include the opinions and orders antecedent and ancillary prior to the consolidation of cases 2:16-cv-02273 and 2:16-cv-02277. *See Weiss v. Cooley*, 230 F.3d 1027, 1031 (7th Cir. 2000); *Badger Pharmacal, Inc. v. Colgate-Palmolive Co.*, 1 F.3d 621, 624–26 (7th Cir. 1993).

## CERTIFICATE OF SERVICE

Please take notice that on October 24, 2018, I, EDITH MCCURRY, hereby, certify that I did file a Docketing Statement with the **UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT** in the foregoing matter of Case No. 18-3206 and have served the persons identified on the docket's service list through Notice of Electronic Filing generated by the Court's CM/ECF system.

*Edith McCurry*

Pro Se
EDITH MCCURRY
6239 South 13110 East Rd.
Pembroke Township, IL 60958
815-735-4281