UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT



Edith McCurry,                                )
                                              )
                                              )
                                              )
        Petitioner-Complainant,               )
V.                                            )
                                              )   No. 18-3206
Kenco Logistics, Mario Lopez, Mike Manzello,  )
Kelvin Walsh, Lori Varvel, Tammi Fowler,      )
David Jabaley and Mars, Inc.                  )
                                              )
        Respondents                           )

## MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

Petitioner, Edith McCurry, pursuant to Fed. R. App. P. 27 and Cir. R. 26, respectfully requests this Honorable Court for an extension of time in which to file her opening brief to January 15, and in support thereof; she states as follows; THAT:

1. The appeal in this matter was timely filed on October 17, 2018.

2. Petitioner wishes to obtain counsel and because of the holidays is not sure she will be able to do so.

3. I would like the court to allow me to pursue this option so that the number of issues of concern can be adequately addressed.

4. In attempting to prepare the brief, it was realized that records needed to be obtained and reviewed to conduct adequate research.

1

5.  Based upon when the records were obtained and the review of them, I do not believe that an adequate job can be done in this matter by the November 26, 2018 deadline.

**WHEREFORE**, Petitioner Edith McCurry, requests an extension of time to file her opening brief to obtain counsel by January 15, 2018.

Dated: November 19, 2018

Respectfully submitted,
**Edith McCurry**

*[signature: Edith McCurry]*

Edith McCurry
6239 South 13119 East Road
Prembroke, IL 60958
815-735-4281

## CERTIFICATE OF SERVICE

The hereby certify that on November 19, 2018 I filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the United States Mail-Certified mail-70141200000104003362. The participants in this case are CW/ECF users and that service will be accomplished by the CM/ECF system.

Respectfully submitted,
**Edith McCurry**

*Edith McCurry* (signature)

Edith McCurry
6239 South 13119 East Road
Prembroke, IL 60958
815-735-4281