UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| Edith McCurry, | U.S.C.A. – 7th Circuit<br>R E C E I V E D<br>DEC 2 6 2018   DS<br>GINO J. AGNELLO<br>CLERK |
| Petitioner-Complainant,<br>V. | |
| Kenco Logistics, Mario Lopez, Mike Manzello, Kelvin Walsh, Lori Varvel, Tammi Fowler, David Jabaley and Mars, Inc. | No. 18-3206 |
| Respondents | |

## MOTION TO EXTEND THE LENGTH OF THE OPENING BRIEF

Petitioner, Edith McCurry, pursuant to FED. R. APP. P. 32(a)(7)(B), respectfully requests this Honorable Court to extend the length of opening brief by 3,500 words from 14,000 words to 17, 500 words and in support thereof; she states as follows; THAT:

1. Plaintiff's matter involves eight (8) separate Defendants.

2. Each Defendant has its own set of circumstances.

3. Additionally, there are a number of persons involved that are not defendants.

4. There are a number of incidents and they have occurred have occurred over a number of years.

5.  In Plaintiff completing her final draft and found that she will not be complaint to FED. R. APP. P. 32(a)(7)(B).

6.  Plaintiff has tried to comply, but due to the complexity of the matters, the number of Defendants, the request for review of antecedent orders, supporting case law, laws and reference to the record Plaintiff will not be able to comply.

7.  Plaintiff needs to outline with accuracy the issues needed to overcome the district courts order granting summary judgement by making the proper arguments and in support citing to the proper references and case law.

8.  Plaintiff has read and agrees that "it is not the court's duty on appeal to wade through the record and make arguments for either party. *Friedel v. City of Madison*, 832 F.2d 965 (7th Cir. 1987) citing *American Can Co. v. Mansukhani* 814 F.2d 421, 425 (7th Cir.1987); *Sanchez v. Miller*, 792 F.2d 694, 703 (7th Cir.1986), *cert. denied*, ___ U.S. ___, 107 S.Ct. 933, 93 L.Ed.2d 984 (1987).

9.  Plaintiff is on track to complying with her requested submission date and is need of this clearance to finalize her appeal.

10. Plaintiff does not intend to use all of the words, but in the event they are needed the allotment is there.

11. Based upon when the records were obtained and the review of them, I do not believe that an adequate job can be done without the word increase.

**WHEREFORE**, Petitioner Edith McCurry, requests an extend the length of opening brief by 3,500 words from 14,000 words to 17, 500

Dated: December 24, 2018

2

Respectfully submitted,
**Edith McCurry**

*/s/ Edith McCurry*

Edith McCurry
6239 South 13119 East Road
Prembroke, IL 60958
815-735-4281

## CERTIFICATE OF SERVICE

The hereby certify that on December 24, 2018 I filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit. The participants in this case are CW/ECF users and that service will be accomplished by the CM/ECF system.

Respectfully submitted,
**Edith McCurry**

*/s/ Edith McCurry*

Edith McCurry
6239 South 13119 East Road
Prembroke, IL 60958
815-735-4281
