# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

December 28, 2018

Before

WILLIAM J. BAUER, *Circuit Judge*

| No. 18-3206 | EDITH MCCURRY,<br>Plaintiff - Appellant<br><br>v.<br><br>KENCO LOGISTIC SERVICES, LLC, a Tennessee Limited Liability Company, et al.,<br>Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:16-cv-02273-CSB-EIL<br>Central District of Illinois<br>District Judge Colin S. Bruce ||

Upon consideration of the **MOTION TO EXTEND THE LENGTH OF THE OPENING BRIEF**, filed on December 26, 2018, by the pro se appellant,

**IT IS ORDERED** that the motion is **DENIED**.

form name: **c7_Order_3J**(form ID: **177**)