UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| EDITH MCCURRY, )<br>)<br>)<br>)<br>    Plaintiff-Appellant, )<br>V. )<br>) No. 18-3206<br>KENCO et.al, )<br>)<br>)<br>    Defendant-Appellee ) | |

# MOTION FOR LEAVE TO FILE APPELLANT'S OPENING BRIEF INSTANTER

Now comes Plaintiff-Appellant, Edith McCurry, by and through its counsel, Jordan T. Hoffman, and requests leave of this Court to file its Opening Brief in this matter *instanter* pursuant to Rule 26 of the Federal Rules of Appellate Procedure. In further support of this Motion, Appellee states as follows:

1.   Plaintiff-Appellants Opening Brief was due on January 15, 2019.

2.   Plaintiff-Appellants counsel attempted several times to timely file the Opening Brief and disclosure statement on January 15, 2019, as required; however, the ECF system stated that counsel did not have permission to file.

3.   Finally, counsel thought that the transmission of the documents had gone through, as the system stated it was okay to file; however, counsel had not re-

1

ceived a confirmation from the court stating that it had receive the Opening Brief on the ECF system.

4. Counsel again attempted to file the documents and again did not receive confirmation.

5. An email was sent to the clerk's office regarding the failed submissions.

6. On the next day counsel learned that until counsel was added to the docket, counsel would not be able to file on Plaintiff-Appellant's behalf.

7. Counsel also learned that the submission was completed several minutes after twelve on January 16, 2019.

8. Plaintiff-Appellants counsel is not sure why the system would not allow counsel to file its disclosure form and brief.

9. Appellant's brief was completed and ready for filing prior to the deadline.

10. The good cause for this late filing was the result of unforeseen difficulties with the electronic filing system and not for any other reason.

11. The Declaration of Jordan T. Hoffman is attached in support of this Motion.

WHEREFORE, Plaintiff-Appellant, Edith McCurry, respectfully requests an order of this Court permitting it to file its Brief and Appendices *instanter*.

Dated: January 22, 2019

> Respectfully submitted
> **EDITH MCCURRY**

By: /s/_____
Jordan T. Hoffman
ARDC No. 6195896
Jordan TraVaille Hoffman, P.C.
Counsel for Plaintiff-Appellant
2711 E. New York St., Suite 205
 Aurora, Illinois 60502
(888) 958-4529 Ph & Fax
jthoffmanlaw@gmail.com

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| EDITH MCCURRY, | ) <br> ) <br> ) <br> ) |
| Plaintiff-Appellant, <br> V. | ) <br> ) <br> )   No. 18-3206 |
| KENCO et.al, | ) <br> ) <br> ) |
| Defendant-Appellee | ) |

**DECLARATION OF JORDAN T. HOFFMAN IN SUPPORT OF
MOTION FOR LEAVE TO FILE APPELLANT'S OPENING BRIEF INSTANTER**

Jordan T. Hoffman, for his declaration, pursuant to 28 U.S.C. §1746, states as follows:

1.  I am over twenty-one years of age and am competent to testify to the matters set forth in this Declaration.

2.  The facts stated herein are within my personal knowledge and are true and correct.

3.  I am a sole practitioner in the Law Office of Jordan TraVaille Hoffman, P.C. In Aurora, Illinois, and am counsel for Plaintiff-Appellant, Edith McCurry.

4.  Plaintiff's-Appellant's Opening Brief was due on January 15, 2019.

5.  Plaintiff's-Appellant's counsel attempted several times to file the Opening Brief timely on January 15, 2019.

6.  The system indicated that counsel did not have permission to file.

7.  The system indicated that it was okay to file and the documents were filed

8.  Counsel submitted the documents and did not receive confirmation of submission.

1

9. Plaintiff-Appellants counsel submitted the documents again and never received a confirmation of receipt from the Clerk's office; refer to Exhibit A of the Motion for Leave to File Appellant's Opening Brief Instanter.

10. Plaintiff's-Appellant's counsel emailed the Clerk's office to verify if the Clerk's office had received the Opening Brief or not.

11. Plaintiff's-Appellant's counsel was informed that until counsel was added to the docket counsel could not file.

12. The Clerk's office indicated that they were in receipt of the disclosure statement that was filed and the brief.

13. The good cause for this late filing was the result of unforeseen difficulties with the electronic filing system and not for any other reason.

14. Counsel has been served with both the Motion to late file and the Reply Brief and have not suffered any prejudice as a result of this untimely filing, nor would they be prejudiced by the Court permitting the Opening Brief and its Appendices to be filed *instanter*.

I declare under penalties of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 22, 2019                              Respectfully submitted

                                      By:/s/_____
                                          Jordan T. Hoffman
                                          ARDC No. 6195896
                                          Jordan TraVaille Hoffman, P.C.
                                          Counsel for Plaintiff-Appellant
                                          2711 E. New York St., Suite 205
                                          Aurora, Illinois 60502
                                          (888) 958-4529 Ph & Fax
                                          jthoffmanlaw@gmail.com