# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| Everett McKinley Dirksen United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604 | Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov |



## AMENDED INSTANTER ORDER

January 23, 2019

| | |
|---|---|
| No. 18-3206 | EDITH MCCURRY,<br>Plaintiff - Appellant<br><br>v.<br><br>KENCO LOGISTIC SERVICES, LLC, a Tennessee Limited Liability Company, et al.,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 2:16-cv-02273-CSB-EIL<br>Central District of Illinois<br>District Judge Colin S. Bruce | |

This court's order dated January 23, 2019, is **AMENDED** to reflect that the clerk shall file **INSTANTER** the electronically tendered opening brief and short appendix, as well as the electronically tendered separate appendix, of the appellant.

form name: **c7_InstanterOrderFiled**(form ID: **123**)