# United States Court of Appeals
For the Seventh Circuit
Chicago, Illinois 60604

February 20, 2019

**By the Court:**

| | |
|---|---|
| EDITH MCCURRY, <br>     Plaintiff-Appellant, <br><br> No. 18-3206    v. <br><br> KENCO LOGISTIC SERVICES, LLC, <br> a Tennessee Limited Liability <br> Company, et al., <br>     Defendants-Appellees. | ] Appeal from the United <br> ] States District Court for <br> ] the Central District of <br> ] Illinois. <br> ] <br> ] No. 2:16-cv-02273 <br> ] <br> ] Colin S. Bruce, <br> ]    Judge. |

O R D E R

The jurisdictional statement in the brief of appellant does not comply with Circuit Rule 28(a)(1), which requires the appellant to provide the basis for the district court's jurisdiction. And if jurisdiction is based on the existence of a federal question, appellant must further identify, with specificity, "the provision of the constitution or federal statute involved" in the case. Appellant must provide this information. It is insufficient to cite 28 U.S.C. § 1331. More specificity is required.

Further, Circuit Rule 28(a)(2) requires that an appellant provide the court with the filing dates of certain papers that relate to appellate jurisdiction. Notably, appellant fails to provide the date of entry of the Rule 58 judgment and the date the notice of appeal was filed. This information must be provided. Appellant also fails to provide the date she filed her motion for reconsideration (and whether it is claimed to toll the time to appeal) and the date of the motion's disposition. This information, too, must be provided. Accordingly,

IT IS ORDERED that appellant file a paper captioned "Amended Jurisdictional Statement" no later than February 28, 2019, that provides all the omitted information noted above and otherwise complies with all the requirements of Circuit Rule 28(a).

IT IS FURTHER ORDERED that the Clerk DISTRIBUTE, along with the briefs in this appeal, copies of this order and appellant's "Amended Jurisdictional Statement" to the assigned merits panel.