# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## BRIEF DEFICIENCY LETTER

February 22, 2019

| No. 18-3206 | EDITH MCCURRY,<br>Plaintiff - Appellant<br><br>v.<br><br>KENCO LOGISTIC SERVICES, LLC, a Tennessee Limited Liability Company, et al.,<br> Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:16-cv-02273-CSB-EIL<br>Central District of Illinois<br>District Judge Colin S. Bruce ||

**To:** Kimberly J. Overbaugh
HARMON & DAVIES
2306 Columbia Avenue
Lancaster, PA 17603-0000

Documents that are determined by the Clerk's Office to be procedurally deficient **must be corrected and returned for filing within seven (7) days** from the date of this notice. **Previously set deadlines will not be automatically extended by this deficiency notice.** Copies of the revised document must be served upon all other parties. **The substance of the document must not be changed;** only the procedural deficiency is to be corrected. If the initial filing was untimely or if the revised document is not resubmitted to the Clerk's Office for filing within the seven (7) days, a motion for leave to file instanter must accompany it, and must also be served upon all other parties.

Today this office "Received" your brief, which has been deemed deficient for filing due to the following procedural concerns:

1) **A separate Disclosure Statement is required for each attorney listed on the cover of the brief. The Disclosure Statement(s) must be filed electronically on the docket AND must appear in the brief.**

Appellee's brief is missing a Disclosure Statement for attorneys:
Thomas R. Davies, Esq.

See Fed. R. App. P. 26.1 and 28(a)(1).

2) A concise statement of the case, setting out the facts relevant to the issues submitted for review. **The Court no longer allows the section and the heading "Factual Background". The facts must now be incorporated into the "Statement of Case".** See Fed. R. App. P. 28(a)(6).

The resubmission will be deemed timely if the electronic filing is accomplished within seven (7) days of this notice (by 11:59 pm on the seventh day of this notice).

Sincerely,
Clerk of the Court

By: Deputy Clerk:

_____

Diana S. Lee

NOTE:   Counsel should notify the Clerk's Office within two (2) days of the deficiency letter if they would like the deficient briefs returned at counsel's expense. If not, the deficient briefs will be discarded.

form name: **c7_Brief_Deficiency_Letter**(form ID: **187**)