# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| EDITH MCCURRY, )<br>)<br>Plaintiff, )<br>)<br>V. )<br>)<br>KENCO LOGISTIC SERVICES, LLC, et al. )<br>)<br>Defendants. ) | Case No. 2:16-cv-02273-CSB-EIL<br>Judge Colin Stirling Bruce<br>Magistrate Judge Eric I. Long<br>No. 18-3206 |

## AMENDED STATEMENT OF SUBJECT MATTER JURISDICTION

Jurisdiction is proper in this case under 28 U.S.C. § 1331, as this appeal arises from a judgment dismissing a civil action in the United States District Court for the Central District of Illinois, alleging violations of: The Age Discrimination in Employment Act, 29 U.S.C. § 621, The Americans with Disabilities Act, 42 U.S.C. § 12101, Race-Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, Civil Rights Act of 1866, as amended by the Civil Rights Act of 1991, 42 U.S.C. § 1981, Sex-Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e, Equal Pay Act, 29 U.S.C. §206, Civil Action Deprivation of Rights 42 U.S.C. §1983, Conspiracy to Interfere with Civil Rights 42 U.S.C. §1985, Obstruction of Justice, 18 U.S.C. §1503, Aiding and Abetting, 18 U.S.C. §2, Intentional Interference with Business Relationships and with Prospective Economic Advantage and Intentional Infliction of Emotional Distress.

This Court has jurisdiction over this appeal pursuant to 28 U.S.C. § 1291 because Plaintiff, Edith McCurry (herein after "McCurry" or "Plaintiff"), is appealing from a final decision of the district court. The district court entered final judgment against McCurry and in favor of, along with its grant of summary judgment to: KENCO LOGISTIC SERVICES, LLC, MARS, INC., KELVIN WALSH, TAMMI FOWLER, DAVID JABALEY, LORI VARVEL, MIKE MANZELLO AND MARION LOPEZ on August 14, 2018 [Doc. Nos.125-126].

McCurry filed a post-judgment motion on August 28, 2018, A MOTION TO RECONSIDER RULING ON DEFENDANT'S SUMMARY JUDGMENT [Doc. Nos.127] that tolled the period of time to file a notice of appeal. On September 17, 2018, the District Court issued a response and an order denying McCurry' MOTION TO RECONSIDER RULING ON DEFENDANT'S SUMMARY JUDGMENT [Doc. Nos.128-129].

McCurry timely filed her notice of appeal in the district court within thirty days after the entry of judgment, on October 17 2018. *See* Fed. R. App. P. 4(a)(1)(A).

Dated: February 28, 2019

                                        Respectfully submitted
                                        **EDITH MCCURRY**

                                  By: /s/_____
                                      Jordan T. Hoffman
                                      ARDC No. 6195896
                                      Jordan TraVaille Hoffman, P.C.
                                      Counsel for Plaintiff-Appellant
                                      2711 E. New York St., Suite 205
                                      Aurora, Illinois 60502
                                      (888) 958-4529 Ph & Fax
                                      jthoffmanlaw@gmail.com