## CERTIFICATE OF SERVICE

The undersigned attorney, hereby certifies that on February 28, 2019 I submitted a copy of the foregoing <u>AMENDED STATEMENT OF SUBJECT MATTER JURISDICTION</u> with the UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT in the foregoing matter of Case No. 18-3206 and have served the persons identified on the docket's service list through Notice of Electronic Filing generated by the Court's CM/ECF system:

                                                /s/ _____
                                                Jordan Hoffman
                                                ARDC-6195896
                                                **Jordan TraVaille Hoffman, P.C.**
                                                2711 E. New York St., Suite 205
                                                Aurora, IL 60502
                                                (888) 958-4529