**APPEARANCE & CIRCUIT RULE 26.1 DISCLOSURE STATEMENT**

Appellate Court No: 18-3206

Short Caption: Edith McCurry v. Kenco Logistics, et al.

   To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party or amicus curiae, or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

   The Court prefers that the disclosure statement be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

   **[ ]   PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.**

(1) The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P 26.1 by completing item #3):

Mars, Incorporated

(2) The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:

Harmon & Davies, P.C.

(3) If the party or amicus is a corporation:

   i) Identify all its parent corporations, if any; and

     There is no parent corporation.

   ii) list any publicly held company that owns 10% or more of the party's or amicus' stock:

     There is no such company.

---

Attorney's Signature: s/ Thomas R. Davies    Date: 3/6/2019

Attorney's Printed Name: Thomas R. Davies

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d).  **Yes** X  **No** ___

Address: 2306 Columbia Avenue
Lancaster, PA 17603

Phone Number: 717-291-2236    Fax Number: 717-291-5739

E-Mail Address: tdavies@h-dlaw.com

rev. 01/15 GA

## CERTIFICATE OF SERVICE

The Undersigned attorney hereby certifies that on March 6, 2019, the foregoing was filed electronically through the Electronic Case Filing System of the United States Court of Appeals for the Seventh Circuit and is available for viewing and downloading via the CM/ECF System, which will send Notice of such filing to the following:

Jordan Hoffman, Esq.
Jordan TraVaille Hoffman, P.C.
2711 E. New York St.
Suite 205
Aurora, IL  60502

S/ *Thomas R. Davies*
Thomas R. Davies, Esq. PA #35260
HARMON & DAVIES, P.C.
2306 Columbia Ave.
Lancaster, PA 17603
Tel. (717) 291-2236
Fax (717) 291-2236

Attorneys for Defendant,

Mars, Incorporated