**UNITED STATES COURT OF APPEALS**
**FOR THE SEVENTH CIRCUIT**

| | |
|---|---|
| EDITH MCCURRY,    )  <br>    )  <br>    )  <br>    )  <br>    Plaintiff-Appellant,    )  <br> V.    )  <br>    )    No. 18-3206 <br> KENCO et.al,    )  <br>    )  <br>    )  <br>    Defendant-Appellee    )  | |

# MOTION FOR LEAVE TO FILE APPELLANT'S REPLY BRIEF INSTANTER

Now comes Plaintiff-Appellant, Edith McCurry, by and through its counsel, Jordan T. Hoffman, and requests leave of this Court to file its Reply Brief in this matter *instanter* pursuant to Rule 26 of the Federal Rules of Appellate Procedure. In further support of this Motion, Appellant states as follows:

1. Plaintiff-Appellants Reply Brief was due on March 15, 2019.

2. Plaintiff-Appellants counsel attempted several times to timely file the Reply Brief on March 15, 2019, as required.

3. Initially the ECF system did not acknowledge the filing.

4. The filing process was repeated and the ECF system indicated that the document had been uploaded.

5. Counsel had hoped that the transmission of the documents had gone through; however, counsel did not receive a confirmation from the court.

6. Counsel contacted the clerk's office and learned that the filing was unsuccessful.

7. Plaintiff-Appellants counsel timely filed its Reply Brief and is not sure why the submission was not completed.

8. Appellant's brief was completed and ready for filing prior to the deadline.

9. The good cause for this late filing was the result of unforeseen difficulties with the electronic filing system and not for any other reason.

10. The Declaration of Jordan T. Hoffman is attached in support of this Motion

WHEREFORE, Plaintiff-Appellant, Edith McCurry, respectfully requests an order of this Court permitting it to file its Reply Brief *instanter*.

Dated: March 18, 2019

Respectfully submitted
**EDITH MCCURRY**

By: /s/
_____
Jordan T. Hoffman
ARDC No. 6195896
Jordan TraVaille Hoffman, P.C.
Counsel for Plaintiff-Appellant
2711 E. New York St., Suite 205 Aurora, Illinois 60502
(888) 958-4529 Ph & Fax
jthoffmanlaw@gmail.com

2

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| EDITH MCCURRY,   )<br>  )<br>  )<br>  )<br>   Plaintiff-Appellant,   )<br>V.   )<br>  )   No. 18-3206<br>KENCO et.al,   )<br>  )<br>  )<br>   Defendant-Appellee   )   | |

**DECLARATION OF JORDAN T. HOFFMAN IN SUPPORT OF
MOTION FOR LEAVE TO FILE APPELLANT'S REPLY BRIEF INSTANTER**

Jordan T. Hoffman, for his declaration, pursuant to 28 U.S.C. §1746, states as follows:

1. I am over twenty-one years of age and am competent to testify to the matters set forth in this Declaration.

2. The facts stated herein are within my personal knowledge and are true and correct.

3. I am a sole practitioner in the Law Office of Jordan TraVaille Hoffman, P.C. In Aurora, Illinois, and am counsel for Plaintiff-Appellant, Edith McCurry.

4. Plaintiff's-Appellant's Reply Brief was due on March15, 2019.

5. Plaintiff's-Appellant's counsel attempted several times to file the March Brief timely on March15, 2019.

6. The system initially did not respond.

7. Upon resubmission the system indicated that the document was uploaded.

8. Counsel submitted the documents and did not receive confirmation of submission; refer to Exhibit A of the Motion for Leave to File Appellant's Reply Brief Instanter.

9. Plaintiff's-Appellant's counsel called the Clerk's office on March 18, 2019 to verify if the Clerk's office had received the Reply Brief or not.

10. The Clerk's office indicated that they were not in receipt of the brief.

11. The good cause for this late filing was the result of unforeseen difficulties with the electronic filing system and not for any other reason.

12. Counsel has been served with both the Motion to late file and the Reply Brief and have not suffered any prejudice as a result of this untimely filing, nor would they be prejudiced by the Court permitting the Reply Brief and its Appendices to be filed *instanter*.

I declare under penalties of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 18, 2019                                    Respectfully submitted


                                          By:/s/  _____
                                          Jordan T. Hoffman
                                          ARDC No. 6195896
                                          Jordan TraVaille Hoffman, P.C.
                                          Counsel for Plaintiff-Appellant
                                          2711 E. New York St., Suite 205
                                          Aurora, Illinois 60502
                                          (888) 958-4529 Ph & Fax
                                          jthoffmanlaw@gmail.com

## CERTIFICATE OF SERVICE

The undersigned attorney, hereby certifies that on March 18, 2019, I submitted a copy of the Plaintiff's-Appellant Motion to File Reply Brief instanter with the UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT in the foregoing matter of Case No. 18-3206 and have served the persons identified on the docket's service list through Notice of Electronic Filing generated by the Court's CM/ECF system:

/s/_____

Jordan T. Hoffman
ARDC-6195896
**Jordan TraVaille Hoffman, P.C.**
2711 E. New York St., Suite 205
Aurora, IL 60502
Plaintiff-Appellant-Edith McCurry
(888) 958-4529