# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## INSTANTER ORDER

March 20, 2019

| No. 18-3206 | EDITH MCCURRY,<br>Plaintiff - Appellant<br><br>v.<br><br>KENCO LOGISTIC SERVICES, LLC, a Tennessee Limited Liability Company, et al.,<br>Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:16-cv-02273-CSB-EIL<br>Central District of Illinois<br>District Judge Colin S. Bruce ||

Upon consideration of the **MOTION FOR LEAVE TO FILE APPELLANT'S REPLY BRIEF INSTANTER**, filed on March 18, 2019, by counsel for the appellant,

**IT IS ORDERED** that the motion is **GRANTED**. The clerk of this court shall file instanter the tendered reply brief of the appellant.

form name: **c7_InstanterOrderFiled**(form ID: **123**)