# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

April 4, 2019

## Argument Confirmation

The following email was sent to counsel of record on April 4, 2019:

---

**Subject:** Final Argument Confirmation - Thursday, April 11, 2019

Dear counsel:

Either we have received your electronic confirmation **or** you are the counsel of record and have not yet submitted your electronic confirmation. At this time, we are asking that you respond to this email as final confirmation of your appearance.

Please confirm that you are the counsel of record and will be presenting oral argument. If you are the appellant in this case and have yet to submit the electronic confirmation please email back in a response how much time you would like to reserve for rebuttal

If there are **no** changes, simply confirm by replying to this email with your name, appeal number and date of oral argument.

---

Counsel responded with the following electronic response on April 4, 2019:

---

Thomas R. Davies, Counsel for Mars, Inc.
18-3206
April 11, 2019