Case No. 18-3206
_____

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT
_____

EDITH McCURRY
Plaintiff-Appellant

v.

KENCO LOGISTICS, MARIO LOPEZ, MIKE MANZELLO, KEVIN
WALSH, LORI VARVEL, TAMMI FOWLER, DAVID JABALEY, AND
MARS, INCORPORATED
Defendant-Appellee
_____

On Appeal from the United States District Court
For the Central District of Illinois
Case No. 2:16-CV-02273

The Honorable Eric Long
and
The Honorable Bruce Sterling
_____

BILL OF COSTS AND ATTORNEY DECLARATION
_____

Thomas R. Davies, Esq.
Email:  tdavies@h-dlaw.com
Kimberly J. Overbaugh, Esq.
Email:  koverbaugh@h-dlaw.com
HARMON & DAVIES, P.C.
2306 Columbia Avenue
Lancaster, PA  17603
Telephone:  717-291-2236
Facsimile:  717-291-5739
*Counsel for Appellee*

Pursuant to Federal Rule of Appellate Procedure 39(d) and Seventh Circuit Rule 39, attorney Kimberly J. Overbaugh states the following:

1. I am counsel for Defendant-Appellee Mars, Incorporated in the above-captioned appeal.

2. On November 7, 2019, this Court entered its Final Judgment affirming the District Court's ruling, with costs. ECF No. 40.

3. I have personally reviewed the following itemized Bill of Costs.

4. The following costs are correct and have been necessarily incurred in this appeal. These costs should be taxed against Plaintiff-Appellant.

| Date | Description | Calculations | Cost Sought |
| --- | --- | --- | --- |
| 02/22/2019 | Appellee Mars, Incorporated's Brief | 38 pages @ Circuit rate of $.50/page = $19.00 per copy x 19 copies = $361.00 | $361.00 |
| 02/22/2019 | Appellee Mars, Incorporated's Supplemental Appendix | 71 pages @ Circuit rate of $.50/page = $35.50 per copy x 14 copies = $497.00 | $497.00 |
| **TOTAL** | | | **$858.00** |

5. I declare under penalty of perjury that the foregoing is true and correct and the foregoing costs were incurred in this appeal. Attached is the cover letter sent to this Court on February 28, 2019 enclosing 15 copies of the Brief of Defendant-Appellee, Mars, Incorporated and 10 copies of the Supplemental Appendix of Defendant-Appellee, Mars, Incorporated. This letter also documents that two copies of the Brief of Defendant-Appellee, Mars, Incorporated and two copies of the Supplemental Appendix of Defendant-Appellee, Mars, Incorporated were sent to Plaintiff's counsel, Jordan Hoffman, as well as Jody Wilner Moran, counsel for Defendants-

Appellees, Kenco Logistics Services, LLC, Mario Lopez, Mike Manzello, Kelvin Walsh, Lori Varvel, Tammi Fowler, and David Jabaley. Also attached, please find a copy of the receipt from United Parcel Service documenting the shipment of two copies of the Brief of Defendant-Appellee, Mars, Incorporated and two copies of the Supplemental Appendix of Defendant-Appellee, Mars, Incorporated to Plaintiff's counsel, Jordan Hoffman, as well as Jody Wilner Moran, counsel for Defendants-Appellees.

6. If this Court finds that Plaintiff's counsel, Jordan T. Hoffman, should be sanctioned pursuant to Federal Rule of Appellate Procedure 38, Defendant-Appellee Mars, Incorporated, respectfully reserves the right to file an accounting of its fees associated with this appeal.

Respectfully submitted,

Date: November 21, 2019

S/ *Kimberly J. Overbaugh*
Kimberly J. Overbaugh, Esq. PA #85610
Thomas R. Davies, Esq. PA #35260
HARMON & DAVIES, P.C.
2306 Columbia Ave.
Lancaster, PA 17603
Tel. (717) 291-2236
Fax (717) 291-5739

Attorneys for Defendant-Appellee,
Mars, Incorporated

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

S/ *Kimberly J. Overbaugh*
Kimberly J. Overbaugh, Esq. PA #85610
Thomas R. Davies, Esq. PA #35260
HARMON & DAVIES, P.C.
2306 Columbia Ave.
Lancaster, PA 17603
Tel. (717) 291-2236
Fax (717) 291-5739

Attorneys for Defendant-Appellee,
Mars, Incorporated
