

# Harmon & Davies, P.C.
### Attorneys at Law
2306 Columbia Avenue
Lancaster, Pennsylvania 17603

(717) 291-2236
Fax (717) 291-5739
Kimberly J. Overbaugh, Esq.
koverbaugh@h-dlaw.com

February 28, 2019

**SENT VIA UPS NEXT DAY AIR**

Clerk
U.S. Court of Appeals for the 7th Circuit
Everett McKinley Dirksen US Courthouse
219 S. Dearborn Street
Room 2722
Chicago, IL 60604

        Re:    Edith McCurry v. Kenco Logistics, et al.
                On Appeal from the United States District Court
                For the Central District of Illinois
                Case No. 2:16-CV-02273
                Case No. 18-3206

Dear Clerk:

       Enclosed please find 15 copies of the Brief of Defendant Appellee, Mars, Incorporated along with 10 copies the Supplemental Appendix of Mars, Incorporated in the above case.

                                          Very truly yours,

                                          Kimberly J. Overbaugh

KJO:rer
Enclosures
cc:    Jordan Hoffman, Esq. (2 copies of each)
        Jody Wilner Moran, Esq. (2 copies of each)

| 02/28 | 1ZF14W230192699478 | Next Day Air Commercial 60601 | 104 | 3 | 68.34 | -27.34 | 41.00 |
|---|---|---|---|---|---|---|---|
| | | Customer Weight | | 2.5 | | | |
| | | Fuel Surcharge | | | 4.95 | -1.98 | 2.97 |
| | | Promotion Code applied:easy | | | | | |
| | | Total | | | 73.29 | -29.32 | 43.97 |

**1st ref:** Edith McCurry - Mars Chocolate　　**UserID:** KelliWitmer2306
**Sender** : Kelli Witmer　　**Receiver:** Jody Wilner Moran
　　Harmon & Davies, P.C.　　　　Jackson Lewis P.C.
　　2306 Columbia Avenue　　　　150 N. Michigan Ave.
　　LANCASTER PA 17603　　　　CHICAGO IL 60601

| | 1ZF14W230193117460 | Next Day Air Commercial 60502 | 104 | 3 | 68.34 | -27.34 | 41.00 |
|---|---|---|---|---|---|---|---|
| | | Customer Weight | | 2.5 | | | |
| | | Fuel Surcharge | | | 4.95 | -1.98 | 2.97 |
| | | Promotion Code applied:easy | | | | | |
| | | Total | | | 73.29 | -29.32 | 43.97 |

**1st ref:** Edith McCurry - Mars Chocolate　　**UserID:** KelliWitmer2306
**Sender** : Kelli Witmer　　**Receiver:** Jordan Hoffman, Esq.
　　Harmon & Davies, P.C.　　　　Jordan TraVallle Hoffman, P.C.
　　2306 Columbia Avenue　　　　2711 E. New York St.
　　LANCASTER PA 17603　　　　AURORA IL 60502

010533 2/3