Case No. 18-3206

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

Edith McCurry,
Plaintiff-Appellant,
v.
Kenco Logistics Services, LLC, Mario Lopez, Mike Manzello, Kelvin Walsh, Lori
Varvel, Tammi Fowler, David Jabaley and Mars, Inc.,
Defendants-Appellees.

---

Appeal from the United States District Court for the
Central District of Illinois
The Honorable Colin S. Bruce, Judge Presiding
Case No. 2:16-CV-02273

---

## BILL OF COSTS

                                                Jody Wilner Moran
                                                Julia Pearce Argentieri
                                                Jackson Lewis P.C.
                                                150 N. Michigan Ave., Suite 2500
                                                Chicago, Illinois 60601
                                                Tel:    312.787.4949
                                                Fax:   312.787.4995
                                                Email:  jody.moran@jacksonlewis.com
                                                                   julia.argentieri@jacksonlewis.com
                                                Attorneys for Defendants-Appellees
                                                Kenco Logistics Services, LLC, Mario Lopez,
                                                Mike Manzello, Kelvin Walsh, Lori Varvel,
                                                Tammi Fowler and David Jabaley

Pursuant to Federal Rule of Appellate Procedure 39(c) and Seventh Circuit Rule 39, Defendants-Appellees Kenco Logistics Services, LLC ("Kenco" or "the Company"), Mario Lopez, Mike Manzello, Kelvin Walsh, Lori Varvel, Tammi Fowler and David Jabaley (collectively "the Kenco Defendants") request the Clerk to prepare an itemized statement of the


following costs taxed against the Plaintiff-Appellant, Edith McCurry, and in favor of Kenco and the Kenco Defendants for insertion in the mandate.

|  | No. of Copies | Total Cost |
|---|---|---|
| For reproduction of briefs | 16 | $56.00 |

    Respectfully submitted this 21st day of November, 2019.


Dated:  November 21, 2019

                                        **Kenco Logistics Services, LLC, Mike Manzello, Mario Lopez, David Jabaley, Kelvin Walsh, Tammi Fowler and Lori Varvel**

                                        By: s/  Jody Wilner Moran
                                              One of Their Attorneys

Jody Wilner Moran
Julia Pearce Argentieri
Jackson Lewis P.C.
150 N. Michigan Ave., Suite 2500
Chicago, Illinois 60601
Tel:   312.787.4949
Fax:   312.787.4995
Email: Jody.Moran@jacksonlewis.com
        Julia. Argentieri@jacksonlewis.com

# EXHIBIT A

# Aloha print group
333 S Wabash Ave Suite 1502 Chicago, IL 60604

# Invoice

| | |
|---|---|
| Invoice Number: | **148098** |
| Date: | 2/26/2019 |
| Terms: | Net 30 |
| Due Date: | 3/28/2019 |

Sold to:

Jackson Lewis
150 N. Michigan Ave.
Suite 2500
Chicago, IL 60601

Ordered by: R Lee
Client Reference: Kenco Books

Job Number: 0219-0671
Sales Rep: SJY

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| 16 | Coil Binding Only - 5/16" | 3.50 | 56.00 |

Please remit to:
333 S. Wabash Ave. S-1502
Chicago, IL 60604
312-542-1300
acct@alohaprintgroup.com

FEIN: 30-0059700

**PAY THIS AMOUNT:** **$56.00**

*Past due invoices are subject to 1.5% interest per month.*

To pay this invoice using our secure payment portal, click here - http://www.alohaprintgroup.com/contact/pay-invoice.aspx

JACKSON LEWIS PC    Inv 148098                                9613
150 N MICHIGAN AVE SUITE 2500                                 70-2390/719
CHICAGO, IL 60601                    9/30/19
                                            Date

Pay to the
Order of  Aloha Print Group,           $56.00

Fifty Six XXX/100 —————————————— Dollars

FIFTH THIRD BANK   99906
For  380258 – 6355

⑈071923909⑈ 724042360３⑈ 09613

Case No. 18-3206

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

Edith McCurry,
Plaintiff-Appellant,

v.

Kenco Logistics Services, LLC, Mario Lopez, Mike Manzello, Kelvin Walsh, Lori Varvel, Tammi Fowler, David Jabaley and Mars, Inc.,
Defendants-Appellees.

---

Appeal from the United States District Court for the
Central District of Illinois
The Honorable Colin S. Bruce, Judge Presiding
Case No. 2:16-CV-02273

---

**Declaration of Jody Wilner Moran in Support of Bill of Costs**

---

I, Jody Wilner Moran, declare under penalty of perjury that all costs itemized on the bill of costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A true and correct copy of the receipt for those costs is attached.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 21st day of November, 2019.

_____
Jody Wilner Moran

✔

# CERTIFICATE OF SERVICE
**Certificate of Service When All Case Participants Are CM/ECF Participants**

I hereby certify that on __November 21, 2019__, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ __Jody Wilner Moran__

☐

# CERTIFICATE OF SERVICE
**Certificate of Service When Not All Case Participants Are CM/ECF Participants**

I hereby certify that on _____, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

counsel / party:                             address:

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

s/_____