UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| EDITH MCCURRY, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | |
| v. | ) | No. 18-3206 |
| | ) | |
| KENCO et al.. | ) | |
| | ) | |
| Defendant-Appelle. | ) | |

## **RESPONSE TO ORDER TO SHOW CAUSE**

NOW COMES Jordan T. Hoffman and pursuant to the Courts' Order to show cause why he should not be sanctioned or otherwise disciplined pursuant to Rules 28 and 38 of the Federal Rules of Appellate Procedure, he states as follows:

First and foremost, I apologize to the panel. I exercised a grave error of judgment in agreeing to take on the oral argument in this matter. I have been a longtime friend of Ms. McCurry and I reluctantly agreed to do her oral argument after she asked me several times. I further continued my exercise of poor judgment in that I did not have the time to put together an appellate brief or attempt to rewrite Ms. McCury's brief and had to rely on the document that Ms. McCurry herself provided as the filing deadline was imminent. Ms. McCurry initiated the matter pro se and I again in the exercise of poor judgment did not look at the record, in particular, the summary judgment order to realize that it was a hopeless case. Moreover, I allowed my name to be put on the documents along with my electronic signature giving the impression that it was my work product. I also allowed the document to be uploaded with my credentials to the Court's website.

I realize again, that these were all grave errors of judgment and I can only apologize to the Court and promise that I will never allow this occur again. I have suffered through the most embarrassing and stressful moments of my legal career and perhaps my life during the oral argument and after the publication of the Court's opinion and my reputation has been tarnished at the highest

level as a result of my actions that caused such a scathing opinion in this matter. I am aware of several digital publications, including Law360, Bloomberg Law and Forbes which have written stories about this incident and have brought shame to my family, and to my law school which trained me to be a better lawyer than what this Court and now anyone that does a "Google" search of my name might believe. Moreover, I have embarrassed the venerable profession of law and the bar to which I have enjoyed the privilege of being a member for over 32 years during which time my competence has not been called into question nor have I been accused of engaging non-meritorious claims or litigation. So for all of the foregoing reasons, I apologize.

    Dated: November 21, 2019

Respectfully submitted,

/s/Jordan T. Hoffman

### CERTIFICATE OF SERVICE

The undersigned attorney, hereby certifies that on November 21, 2019, I submitted a copy of the foregoing Rule to Show Cause with the Clerk for the United States Court of Appeals for the Seventh Circuit in Case No. 18-3206 and have served the persons identified on the docket's service list through Notice of Electronic Filing generated by the Court's CM/ECF system.

/s/Jordan T. Hoffman  
ARDC No. 6195896  
Jordan TraVaille Hoffman, P.C.  
2711 E. New York Street, Suite 205  
Aurora, IL 60502  
(888) 958-4529