# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## BILL OF COSTS

December 3, 2019

Taxed in Favor of: **Appellee Mars, Incorporated**

| No. 18-3206 | EDITH MCCURRY, Plaintiff - Appellant<br><br>v.<br><br>KENCO LOGISTIC SERVICES, LLC, a Tennessee Limited Liability Company, et al.,<br> Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:16-cv-02273-CSB-EIL<br>Central District of Illinois<br>District Judge Colin S. Bruce ||

The mandate or agency closing letter issued in this cause on December 3, 2019.

BILL OF COSTS issued in the amount of: $228.00.

|   |   | Cost of Each Item | Total Cost Each Item |
|---|---|---|---|
| 1. | For docketing a case on appeal or review or docketing any other proceeding: | | |
| 2. | For reproduction of any record or paper, per page: | | |
| 3. | For reproduction of briefs: | | $228.00 |
|   | TOTAL: | | $228.00 |

form name: **c7_BillOfCosts**(form ID: **140**)