Case No. 18-3206
_____

**UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**
_____

**EDITH McCURRY
Plaintiff-Appellant**

v.

**KENCO LOGISTICS, MARIO LOPEZ, MIKE MANZELLO, KEVIN WALSH, LORI VARVEL, TAMMI FOWLER, DAVID JABALEY, AND MARS, INCORPORATED
Defendants-Appellees**
_____

On Appeal from the United States District Court
For the Central District of Illinois
Case No. 2:16-CV-02273

The Honorable Eric Long
and
The Honorable Bruce Sterling
_____

**DEFENDANT-APPELLEE MARS, INCORPORATED'S
STATEMENT OF FEES AND COSTS AND ATTORNEY DECLARATION**
_____

                                          **Thomas R. Davies, Esq.
Email: tdavies@h-dlaw.com
Kimberly J. Overbaugh, Esq.
Email: koverbaugh@h-dlaw.com
HARMON & DAVIES, P.C.
2306 Columbia Avenue
Lancaster, PA 17603
Telephone: 717-291-2236
Facsimile: 717-291-5739**

*Counsel for Appellee*

*Counsel for Appellee*

Pursuant to Federal Rule of Appellate Procedure 38 and this Court's December 16, 2019 Order, attorney Kimberly J. Overbaugh states the following:

1. I am counsel for Defendant-Appellee Mars, Incorporated in the above-captioned appeal.

2. On November 7, 2019, this Court entered its Final Judgment affirming the District Court's ruling, with costs. ECF No. 40.

3. On December 16, 2019, this Court ordered Plaintiff-Appellant Edith McCurry's attorney, Jordan T. Hoffman, to pay Defendants-Appellees' reasonable attorney's fees incurred in the defense of this appeal, plus double costs, and ordered Defendants-Appellees to submit a statement of their fees and costs by January 3, 2020. ECF No. 45.

4. I have personally reviewed the following itemized Statement of Fees and Costs.

5. The following attorneys performed work necessary to defending this appeal: Kimberly J. Overbaugh ("KJO"); Thomas R. Davies ("TRD"); Robert A. Vernon ("RAV"); and David R. Mulrine ("DRM").

6. The following attorneys' fees are correct and have been necessarily incurred in this appeal. These fees should be taxed against Plaintiff-Appellant Edith McCurry's attorney, Jordan T. Hoffman.

| Date | Attorney | Description | Hours | Cost Sought |
|---|---|---|---|---|
| 10/17/2018 | KJO | Review of recent appeal filings by plaintiff and appeal related rules. | .30 | $91.50 |
| 10/17/2018 | TRD | Review notice of appeal; research timeliness issue. | 1.00 | $320.00 |
| 10/24/2018 | KJO | Review of recent filing by plaintiff. | .30 | $91.50 |
| 10/25/2018 | KJO | Communications with Rob Vernon re: appeal and research. | .10 | $30.50 |

| 10/26/2018 | RAV | Research re: timing of appeal; lengthy email to Kimberly Overbaugh re: same; research re: requirements for filing in appeal; email to Kimberly Overbaugh re: same. | 2.30 | $667.00 |
| --- | --- | --- | --- | --- |
| 11/13/2018 | RAV | Draft applications for admission, corporate disclosure and review appearance rules. | 1.00 | $290.00 |
| 12/28/2018 | TRD | Review court's denial of motion re: length of brief. | .20 | $64.00 |
| 1/16/2019 | RAV | Obtain and review appellant's brief; review rules re: brief format; emails with Tom Davies re: brief and possible objections. | 1.50 | $448.50 |
| 1/16/2019 | TRD | Review of appellate brief; emails with Rob Vernon re: potential issues. | 1.00 | $330.00 |
| 1/17/2019 | RAV | Review appellant's brief; review case materials for use in appeal; review prior court rulings in case and issues complained of on appeal. | 4.00 | $1,196.00 |
| 1/18/2019 | RAV | Review appellant's brief; review case materials for use in appeal; review prior court rulings in case and issues complained of on appeal. | 3.50 | $1,046.50 |
| 1/21/2019 | RAV | Review McCurry appellate brief and accompanying appendix; review case file and associated materials in connection with preparing response. | 3.60 | $1,076.40 |
| 1/22/2019 | RAV | Review case materials in association with appeal; review motion filed by McCurry re: timing of brief; research re: issues on appeal; call with counsel for Kenco re: appeal. | 3.50 | $1,046.50 |
| 1/25/2019 | RAV | Research for use in drafting motion for summary judgment. | 3.00 | $897.00 |
| 1/28/2019 | RAV | Review case file and documents produced in association with appeal; research re: same. | 5.80 | $1,734.20 |
| 1/29/2019 | RAV | Research re: appellate brief. | 5.00 | $1,495.00 |
| 1/30/2019 | RAV | Review case file and documents produced in association with appeal; research re: same. | 4.50 | $1,345.50 |
| 1/31/2019 | RAV | Review case file and documents produced in association with appeal. | 2.30 | $687.70 |

| 2/1/2019 | RAV | Review prior documents filed in McCurry case and correspondence with plaintiff's brief; research re: claims. | 3.50 | $1,046.50 |
| --- | --- | --- | --- | --- |
| 2/8/2019 | RAV | Review prior documents and motions submitted in case for use in drafting reply brief. | 4.00 | $1,196.00 |
| 2/15/2019 | RAV | Research re: appeal; draft appellate brief. | 2.00 | $598.00 |
| 2/18/2019 | RAV | Draft appellate brief; research re: same; interoffice conversations re: coordinating preparation of appendix and preparations for filing. | 5.50 | $1,644.50 |
| 2/18/2019 | KJO | Interoffice communications re: filing of brief. | .10 | $31.50 |
| 2/19/2019 | RAV | Research re: appeal; draft appellate brief. | 5.00 | $1,495.00 |
| 2/20/2019 | RAV | Draft appellate brief; research re: same. | 8.50 | $2,541.50 |
| 2/21/2019 | RAV | Draft and revise appellate brief; coordinate exhibits and filing. | 3.80 | $1,136.20 |
| 2/21/2019 | KJO | Review of/revisions to brief in opposition to appeal; related communications with Rob Vernon. | .70 | $220.50 |
| 2/21/2019 | KJO | Review of McCurry appeal brief and related documents. | 1.30 | $409.50 |
| 2/22/2019 | RAV | Revise appellate brief; compile exhibits; coordinate filing. | 2.80 | $837.20 |
| 2/22/2019 | KJO | Review of final brief of Mars. | .50 | $157.50 |
| 3/6/2019 | TRD | Emails with Kimberly Overbaugh re: oral argument. | .20 | $66.00 |
| 3/15/2019 | TRD | Emails with Julie Argenteri re: plans for oral argument. | .20 | $66.00 |
| 3/21/2019 | TRD | Initial review of McCurry's reply brief. | .60 | $198.00 |
| 3/26/2019 | TRD | Begin preparation for oral argument. | 1.50 | $495.00 |
| 4/1/2019 | KJO | Communication with counsel for Kenco re: oral argument. | .10 | $31.50 |
| 4/3/2019 | KJO | Communications with Tom Davies re: oral argument. | .10 | $31.50 |
| 4/3/2019 | TRD | Multiple emails with counsel for Kenco re: division of time allowed by Court for argument; emails to Court re: division of time; begin preparation for argument. | 2.50 | $825.00 |

| 4/4/2019 | KJO | Review of communications from court re: oral argument. | .10 | $31.50 |
|---|---|---|---|---|
| 4/4/2019 | TRD | Review and reply to emails from 7th Circuit re: confirmation of oral argument; telephone conversation with counsel for Kenco re: approach to oral argument. | .60 | $198.00 |
| 4/8/2019 | TRD | Review appellate briefs to prepare for oral argument; conference with Kimberly Overbaugh and Rob Vernon. | 1.20 | $396.00 |
| 4/9/2019 | TRD | Prepare for oral argument; conference with counsel for Kenco. | 4.00 | $1,320.00 |
| 4/10/2019 | TRD | Prepare for oral argument. | 10.00 | $3,300.00 |
| 4/11/2019 | TRD | Prepare for and participate in oral argument before 7th Circuit. | 8.00 | $2,640.00 |
| 5/23/2019 | KJO | Listen to oral argument recording and follow up on case status. | .50 | $157.50 |
| 11/7/2019 | KJO | Review of opinion re: appeal and related communications with Tom Davies and David Mulrine. | .60 | $189.00 |
| 11/7/2019 | TRD | Review decision of 7th Circuit affirming dismissal of case; conference with Kimberly Overbaugh. | .50 | $165.00 |
| 11/8/2019 | DRM | Research frivolous appeals; respondent's entitlement to "costs" for frivolous appeals; what "costs" are allowed; and how to prove/show "costs." | 3.50 | $1,046.50 |
| 11/8/2019 | DRM | Review the Seventh Circuit Court of Appeals opinion affirming the USDC for the Central District of Illinois' judgment. | 1.00 | $299.00 |
| 11/8/2019 | KJO | Review of articles re: decision on appeal. | .40 | $126.00 |
| 11/8/2019 | TRD | Email with Rick Harmon re: 7th Circuit decision. | .10 | $33.00 |
| 11/20/2019 | DRM | Research frivolous appeals, what "costs: are recoverable and to draft a bill of costs. | 2.00 | $598.00 |
| 11/20/2019 | DRM | Email to Kimberly Overbaugh analyzing bill of costs and what costs are recoverable. | .40 | $119.60 |

| 11/20/2019 | DRM | Gather and compile the necessary documentation, including bills to client, copies of shipping labels and receipts to include in bill of costs. | 1.60 | $478.40 |
|---|---|---|---|---|
| 11/20/2019 | KJO | Communications with David Mulrine re: judgment and recovery of costs. | .20 | $63.00 |
| 11/20/2019 | TRD | Multiple emails re: status of case and argument set for Dec. 10; review order issued by court; review emails re: calculation of costs. | .70 | $231.00 |
| 11/21/2019 | DRM | Draft bill of costs. | 2.60 | $777.40 |
| 11/21/2019 | DRM | Various communications with Kimberly Overbaugh re: the filing of the bill of costs. | .20 | $59.80 |
| 11/21/2019 | KJO | Conference with David Mulrine re: bill of costs. | .20 | $63.00 |
| 11/21/2019 | KJO | Review of bill of costs and declaration; related communications with David Mulrine. | .30 | $94.50 |
| 11/21/2019 | KJO | Review of opposing counsel's response to order to show cause and related follow up. | .40 | $126.00 |
| 11/21/2019 | TRD | Review response to order to show cause submitted by Jordan Hoffman; emails with Kimberly Overbaugh and Kenco counsel. | .50 | $165.00 |
| 12/3/2019 | KJO | Review of communication from Court re: bill of costs award. | .10 | $31.50 |
| 12/16/2019 | KJO | Review of communication from the Court re: attorneys fees and related communications with David Mulrine. | .10 | $31.50 |
| 12/16/2019 | DRM | Confer with Kimberly Overbaugh regarding the filing of Statement of Fees and Costs. | .10 | $29.90 |
| 12/16/2019 | TRD | Review order; conference with Kimberly Overbaugh and David Mulrine re: information needed to submit costs. | .60 | $198.00 |
| 12/18/2019 | DRM | Research and review statements of fees and costs filed with the 7th Circuit Court of Appeals, as well as the appropriate format and content and necessary documentation. | 1.80 | $538.20 |
| 12/18/2019 | DRM | Draft Statement of Fees and Costs. | 2.90 | $867.10 |
| 12/18/2019 | DRM | Compile client invoices to be filed with Statement of Fees and Costs. | .10 | $29.90 |

| 12/30/2019 | DRM | Confer with Kimberly Overbaugh re: Statement of Fees and Costs. | .10 | $29.90 |
| 1/2/2020 | DRM | Finishing drafting Statement of Fees and Costs. | 1.10 | $328.90 |
| 1/2/2020 | DRM | Confer with Kimberly Overbaugh re: Statement of Fees and Costs | .10 | $29.90 |
| 1/3/2020 | KJO | Review of and revisions to Statement of Fees and Costs filing and related communications with David Mulrine; related follow up re: attorneys fees. | .70 | $220.50 |
| 1/3/2020 | DRM | Confer with Kimberly Overbaugh re: Statement of Fees and Costs. | .30 | $89.70 |
| 1/3/2020 | DRM | Review case law pertaining to Statement of Fees and Costs. | .30 | $89.70 |
| 1/3/2020 | DRM | Revise and finalize Statement of Fees and Costs. | .50 | $149.50 |
| **TOTAL** | | | | **$41,226.10** |

7. The following costs are correct and have been necessarily incurred in this appeal. These costs should be taxed against Plaintiff-Appellant Edith McCurry's attorney, Jordan T. Hoffman.

| Date Incurred | Description | Cost Sought |
|---|---|---|
| November 2018 | Copy charges. | $.40 |
| December 2018 | Copy charges. | $.40 |
| January 2019 | Copy charges. | $47.80 |
| March 2019 | Postage. | $87.94 |
| March 2019 | Copy charges. | $8.40 |
| April 10 - 11, 2019 | Airfare to IL for oral argument. | $781.59 |
| April 11, 2019 | Hotel in IL for oral argument. | $502.77 |
| April 2019 | Copy charges. | $19.60 |
| November 2019 | Postage. | $29.18 |
| November 2019 | Copy charges. | $2.10 |
| **Total Charges** | | **$1,480.18** |

8. These costs were not previously incorporated into Defendant-Appellee, Mars, Incorporated's filed Bill of Costs and Attorney Declaration. ECF No. 41-1.

9. The total amount of reasonable attorneys' fees and costs that have been necessarily incurred in this appeal that should be taxed against Plaintiff-Appellant Edith McCurry's attorney,

Jordan T. Hoffman is **$42,706.28**.

10. I declare under penalty of perjury that the foregoing is true and correct and the foregoing costs were incurred in this appeal.

11. Attached as Exhibit A are the invoices identifying the previously listed attorneys' fees, copy charges, and postage costs associated with this appeal that were billed or will be billed (December 2019 and January 2020 fees and costs) to our client, Mars, Incorporated. Attached as Exhibit B are the receipts for attorney Thomas R. Davies' flight and hotel, which were necessary for his attendance at oral argument. I declare under penalty of the law that these fees and costs were necessary and essential to defending this appeal.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date: January 3, 2020 | S/ *Kimberly J. Overbaugh* <br> Kimberly J. Overbaugh, Esq. PA #85610 <br> Thomas R. Davies, Esq. PA #35260 <br> HARMON & DAVIES, P.C. <br> 2306 Columbia Ave. <br> Lancaster, PA 17603 <br> Tel. (717) 291-2236 <br> Fax (717) 291-5739 |
|  | Attorneys for Defendant-Appellee, <br> Mars, Incorporated |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

S/ *Kimberly J. Overbaugh*
Kimberly J. Overbaugh, Esq. PA #85610
Thomas R. Davies, Esq. PA #35260
HARMON & DAVIES, P.C.
2306 Columbia Ave.
Lancaster, PA 17603
Tel. (717) 291-2236
Fax (717) 291-5739

Attorneys for Defendant-Appellee,
Mars, Incorporated
