**EXHIBIT A**

HARMON & DAVIES, P.C.
Attorneys At Law
2306 Columbia Avenue
Lancaster, PA  17603
(717) 291-2236
(717) 291-5739 (fax)


Billing Period:  10/01/19 - 10/31/19

                                                        Page: 1
Mars Wrigley Confectionery                           10/31/2018
800 High Street                      Client No: 130037-1605M
Hackettstown  NJ  07840              Statement No:      49289


Kelly Carpenter



Edith McCurry v. Kenco/Manteno Warehouse
Company File Number:  201605917



|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| **10/17/2018** | | | | | |
| KJO | L510 | A104 | Review of recent appeal filings by plaintiff and appeal related rules. | 0.30 | 91.50 |
| TRD | C200 | A104 | Review notice of appeal; research timeliness issue. | 1.00 | 320.00 |
| **10/24/2018** | | | | | |
| KJO | L510 | A104 | Review or recent filing by plaintiff. | 0.30 | 91.50 |
| **10/25/2018** | | | | | |
| KJO | L510 | A105 | Communications with Rob Vernon re: appeal and research. | 0.10 | 30.50 |
| **10/26/2018** | | | | | |
| RAV | L510 | A102 | Research re: timing of appeal; lengthy email to Kimberly Overbaugh re: same; research re: requirements for filing in appeal; email to Kimberly Overbaugh re: same. | 2.30 | 667.00 |
| | | | For Professional Services Rendered | 4.00 | 1,200.50 |

Mars Wrigley Confectionery

Client No: 130037-1605M
Statement No:        49289

Edith McCurry v. Kenco/Manteno Warehouse
Company File Number:  201605917

## Recapitulation

| Attorney | Hours |
|----------|-------|
| Thomas R. Davies | 1.00 |
| Robert A. Vernon | 2.30 |
| Kimberly J. Overbaugh | 0.70 |

| | |
|---|---|
| Westlaw Search | 50.87 |
| Total Expenses Thru 10/31/2018 | 50.87 |
| Total Current Work | 1,251.37 |
| Previous Balance | $5,240.03 |

| | | |
|---|---|---|
| 10/15/2018 | Fee Payment Only | -2,330.00 |
| 10/15/2018 | Cost Payment Only | -81.23 |
| | Total Payments | -2,411.23 |
| | Balance Due | $4,080.17 |

## Task Code Summary

| | | Fees | Expenses |
|---|---|------|----------|
| C200 | Researching Law | 320.00 | 0.00 |
| C200 | Researching Law | 320.00 | 0.00 |
| C300 | Analysis and Advice | 0.00 | 50.87 |
| C300 | Analysis and Advice | 0.00 | 50.87 |
| L510 | Appellate Motions and Submissions | 880.50 | 0.00 |
| L500 | Appeal | 880.50 | 0.00 |

HARMON & DAVIES, P.C.
Attorneys At Law
2306 Columbia Avenue
Lancaster, PA  17603
(717) 291-2236
(717) 291-5739 (fax)


Billing Period:  10/01/19 - 10/31/19

Page: 1

Mars Wrigley Confectionery                          11/30/2018
800 High Street                        Client No: 130037-1605M
Hackettstown  NJ  07840                Statement No:      49390


Kelly Carpenter



Edith McCurry v. Kenco/Manteno Warehouse
Company File Number:  201605917



|  |  | Hours |  |
|---|---|---|---|
| | | **Hours** | |
| **11/13/2018** | | | |
| RAV  L510  A103 | Draft applications for admission, corporate disclosure and review appearance rules. | 1.00 | 290.00 |
| | For Professional Services Rendered | 1.00 | 290.00 |

Recapitulation

| Attorney | Hours |
|---|---|
| Robert A. Vernon | 1.00 |



| | |
|---|---|
| Filing Fee | 392.00 |
| Copy charges | 0.40 |
| Total Expenses Thru 11/30/2018 | 392.40 |
| Total Current Work | 682.40 |
| Previous Balance | $4,080.17 |

Mars Wrigley Confectionery                                  11/30/2018
                                          Client No: 130037-1605M
                                   Statement No:        49390

Edith McCurry v. Kenco/Manteno Warehouse
Company File Number:  201605917


11/14/2018          Fee Payment Only                     -2,828.00
11/14/2018          Cost Payment Only                        -0.80
                    Total Payments                       -2,828.80

                    Balance Due                         $1,933.77

## Task Code Summary

|       |                                  | Fees   | Expenses |
|-------|----------------------------------|--------|----------|
| C300  | Analysis and Advice              | 0.00   | 392.40   |
| C300  | Analysis and Advice              | 0.00   | 392.40   |
|       |                                  |        |          |
| L510  | Appellate Motions and Submissions| 290.00 | 0.00     |
| L500  | Appeal                           | 290.00 | 0.00     |

HARMON & DAVIES, P.C.
Attorneys At Law
2306 Columbia Avenue
Lancaster, PA  17603
(717) 291-2236
(717) 291-5739 (fax)

Billing Period:  10/01/19 - 10/31/19

Page: 1

Mars Wrigley Confectionery                          12/31/2018
800 High Street                     Client No: 130037-1605M
Hackettstown  NJ   07840            Statement No:       49507

Kelly Carpenter


Edith McCurry v. Kenco/Manteno Warehouse
Company File Number:  201605917


|            |            |      |      |                                | Hours |        |
|------------|------------|------|------|--------------------------------|-------|--------|
| 12/28/2018 |            |      |      |                                |       |        |
|            | TRD        | L250 | A104 | Review court's denial of       |       |        |
|            |            |      |      | motion re: length of brief.    | 0.20  | 64.00  |
|            |            |      |      | For Professional Services Rendered | 0.20 | 64.00 |

Recapitulation

| Attorney          | Hours |
|-------------------|-------|
| Thomas R. Davies  | 0.20  |


| Copy charges                      | 0.40       |
|-----------------------------------|------------|
| Total Expenses Thru 12/31/2018    | 0.40       |
| Total Current Work                | 64.40      |
| Previous Balance                  | $1,933.77  |


| 12/14/2018 | Fee Payment Only   | -1,200.50  |
|------------|--------------------|------------|
| 12/14/2018 | Cost Payment Only  | -50.87     |
|            | Total Payments     | -1,251.37  |

Mars Wrigley Confectionery

12/31/2018
Client No: 130037-1605M
Statement No:          49507

Edith McCurry v. Kenco/Manteno Warehouse
Company File Number:  201605917

<table>
<tr><td colspan="3">Balance Due</td><td>$746.80</td></tr>
</table>

### Task Code Summary

| | | Fees | Expenses |
|---|---|---:|---:|
| C300 | Analysis and Advice | 0.00 | 0.40 |
| C300 | Analysis and Advice | 0.00 | 0.40 |
| | | | |
| L250 | Other Written Motions and Submissions | 64.00 | 0.00 |
| L200 | Pre-Trial Pleadings and Motions | 64.00 | 0.00 |

HARMON & DAVIES, P.C.
Attorneys At Law
2306 Columbia Avenue
Lancaster, PA  17603
(717) 291-2236
(717) 291-5739 (fax)


Billing Period:  10/01/19 - 10/31/19

                                                         Page: 1
Mars Wrigley Confectionery                             01/31/2019
800 High Street                        Client No: 130037-1605M
Hackettstown  NJ  07840                Statement No:      49621


Kelly Carpenter



Edith McCurry v. Kenco/Manteno Warehouse
Company File Number:  201605917




                                                       Hours
01/16/2019
     RAV  L520  A104   Obtain and review appellant's
                      brief; review rules re: brief
                      format; emails with Tom Davies
                      re: brief and possible
                      objections.                     1.50      448.50
     TRD  L520  A104   Review of appellate brief;
                      emails with Rob Vernon re:
                      potential issues.                1.00      330.00

01/17/2019
     RAV  L520  A104   Review appellant's brief;
                      review case materials for use
                      in appeal; review prior court
                      rulings in case and issues
                      complained of on appeal.         4.00    1,196.00

01/18/2019
     RAV  L520  A104   Review appellant's brief;
                      review case materials for use
                      in appeal; review prior court
                      rulings in case and issues
                      complained of on appeal.         3.50    1,046.50

Mars Wrigley Confectionery

Edith McCurry v. Kenco/Manteno Warehouse
Company File Number:  201605917


|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| 01/21/2019 | | | | | | |
| | RAV | L520 | A104 | Review McCurry appellate brief and accompanying appendix; review case file and associate materials in connection with preparing response. | 3.60 | 1,076.40 |
| 01/22/2019 | | | | | | |
| | RAV | L520 | A104 | Review case materials in association with appeal; review motion filed by McCurry re: timing of brief; research re: issues on appeal; call with counsel for Kenco re: appeal. | 3.50 | 1,046.50 |
| 01/25/2019 | | | | | | |
| | RAV | L520 | A102 | Research for use in drafting motion for summary judgment. | 3.00 | 897.00 |
| 01/28/2019 | | | | | | |
| | RAV | L520 | A104 | Review case file and documents produced in association with appeal; research re: same. | 5.80 | 1,734.20 |
| 01/29/2019 | | | | | | |
| | RAV | L520 | A102 | Research re: appellate brief. | 5.00 | 1,495.00 |
| 01/30/2019 | | | | | | |
| | RAV | L520 | A104 | Review case file and documents produced in association with appeal; research re: same. | 4.50 | 1,345.50 |
| 01/31/2019 | | | | | | |
| | RAV | L520 | A104 | Review case file and documents produced in association with appeal. | 2.30 | 687.70 |
| | | | | For Professional Services Rendered | 37.70 | 11,303.30 |

Page: 3
Mars Wrigley Confectionery                              01/31/2019
                                          Client No: 130037-1605M
                                          Statement No:      49621

Edith McCurry v. Kenco/Manteno Warehouse
Company File Number:  201605917


                        Recapitulation
              Attorney                        Hours
              Thomas R. Davies                 1.00
              Robert A. Vernon                36.70




                   Westlaw Search                      29.31
                   Copy charges                        47.80
                   Total Expenses Thru 01/31/2019      77.11

                   Total Current Work              11,380.41

                   Previous Balance                  $746.80


01/14/2019         Fee Payment Only                  -290.00
01/14/2019         Cost Payment Only                 -392.40
                   Total Payments                    -682.40

                   Balance Due                    $11,444.81


                      Task Code Summary
                                          Fees      Expenses
C300   Analysis and Advice                0.00         77.11
C300   Analysis and Advice                0.00         77.11

L520   Appelate Briefs                11303.30          0.00
L500   Appeal                        11,303.30          0.00

HARMON & DAVIES, P.C.
Attorneys At Law
2306 Columbia Avenue
Lancaster, PA  17603
(717) 291-2236
(717) 291-5739 (fax)


Billing Period:  10/01/19 - 10/31/19

Page: 1
02/28/2019

Mars Wrigley Confectionery
800 High Street
Hackettstown  NJ  07840

Client No: 130037-1605M
Statement No:        49726


Kelly Carpenter



Edith McCurry v. Kenco/Manteno Warehouse
Company File Number:  201605917



| | | | | Hours | |
|---|---|---|---|---|---|
| 02/01/2019 | | | | | |
| RAV | L510 | A104 | Review prior documents filed in McCurry case and correspondence with plaintiff's brief; research re: claims. | 3.50 | 1,046.50 |
| 02/08/2019 | | | | | |
| RAV | L510 | A104 | Review prior documents and motions submitted in case for use in drafting reply brief. | 4.00 | 1,196.00 |
| 02/15/2019 | | | | | |
| RAV | L510 | A102 | Research re: appeal; draft appellate brief. | 2.00 | 598.00 |
| 02/18/2019 | | | | | |
| RAV | L510 | A103 | Draft appellate brief; research re: same; interoffice conversations re: coordinating preparation of appendix and preparations for filing. | 5.50 | 1,644.50 |
| KJO | L510 | A105 | Interoffice communications re: filing of brief. | 0.10 | 31.50 |

Mars Wrigley Confectionery                                      02/28/2019
                                              Client No: 130037-1605M
                                              Statement No:        49726

Edith McCurry v. Kenco/Manteno Warehouse
Company File Number:  201605917


                                                        Hours

02/19/2019
    RAV  L510  A102   Research re: appeal; draft
                     appellate brief.                   5.00   1,495.00

02/20/2019
    RAV  L510  A103   Draft appellate brief;
                     research re: same.                 8.50   2,541.50

02/21/2019
    RAV  L510  A103   Draft and revise appellate
                     brief; coordinate exhibits and
                     filing.                            3.80   1,136.20
    KJO  L520  A104   Review of/revisions to brief
                     in opposition to appeal;
                     related communications with
                     Rob Vernon.                        0.70     220.50
    KJO  L520  A104   Review of McCurry appeal brief
                     and related documents.             1.30     409.50

02/22/2019
    RAV  L510  A103   Revise appellate brief;
                     compile exhibits; coordinate
                     filing.                            2.80     837.20
    KJO  L520  A104   Review of final brief of Mars.    0.50     157.50
                     For Professional Services Rendered 37.70 11,313.90

                          Recapitulation
              Attorney                     Hours
              Robert A. Vernon             35.10
              Kimberly J. Overbaugh         2.60




              Postage                              151.10
              Westlaw Search                       134.73
              Copy charges                         269.70
              Total Expenses Thru 02/28/2019       555.53

```
                                                        Page:  3
      Mars Wrigley Confectionery                      02/28/2019
                                         Client No: 130037-1605M
                                         Statement No:     49726

      Edith McCurry v. Kenco/Manteno Warehouse
      Company File Number:  201605917
```

| | | |
|---|---|---|
| Total Current Work | | 11,869.43 |
| Previous Balance | | $11,444.81 |

| | | |
|---|---|---|
| 02/14/2019 | Fee Payment Only | -64.00 |
| 02/14/2019 | Cost Payment Only | -0.40 |
| | Total Payments | -64.40 |
| | Balance Due | $23,249.84 |

### Task Code Summary

| | | Fees | Expenses |
|---|---|---|---|
| C300 | Analysis and Advice | 0.00 | 555.53 |
| C300 | Analysis and Advice | 0.00 | 555.53 |
| | | | |
| L510 | Appellate Motions and Submissions | 10526.40 | 0.00 |
| L520 | Appelate Briefs | 787.50 | 0.00 |
| L500 | Appeal | 11,313.90 | 0.00 |

HARMON & DAVIES, P.C.
Attorneys At Law
2306 Columbia Avenue
Lancaster, PA  17603
(717) 291-2236
(717) 291-5739 (fax)


Billing Period:  10/01/19 - 10/31/19

Page: 1

Mars Wrigley Confectionery                                      03/31/2019
800 High Street                         Client No: 130037-1605M
Hackettstown  NJ  07840                 Statement No:       49841


Kelly Carpenter



Edith McCurry v. Kenco/Manteno Warehouse
Company File Number:  201605917



|            |     |      |      |                                              | Hours |        |
|------------|-----|------|------|----------------------------------------------|-------|--------|
| 03/06/2019 |     |      |      |                                              |       |        |
|            | TRD | L530 | A105 | Emails with Kimberly Overbaugh re: oral argument. | 0.20  | 66.00  |
| 03/15/2019 |     |      |      |                                              |       |        |
|            | TRD | L530 | A106 | Emails with Julie Argenteri re: plans for oral argument. | 0.20  | 66.00  |
| 03/21/2019 |     |      |      |                                              |       |        |
|            | TRD | L530 | A104 | Initial review of McCurry's reply brief.     | 0.60  | 198.00 |
| 03/26/2019 |     |      |      |                                              |       |        |
|            | TRD | L530 | A101 | Begin preparation for oral argument.         | 1.50  | 495.00 |
|            |     |      |      | For Professional Services Rendered           | 2.50  | 825.00 |

Recapitulation

| Attorney          | Hours |
|-------------------|-------|
| Thomas R. Davies  | 2.50  |

Page: 2

Mars Wrigley Confectionery                                      03/31/2019
                                                Client No: 130037-1605M
                                                Statement No:      49841

Edith McCurry v. Kenco/Manteno Warehouse
Company File Number:  201605917


                          Postage                                    87.94
                          Copy charges                                8.40
                          Total Expenses Thru 03/31/2019             96.34

                          Total Current Work                        921.34

                          Previous Balance                      $23,249.84


03/15/2019                Fee Payment Only                      -11,303.30
03/15/2019                Cost Payment Only                         -77.11
                          Total Payments                        -11,380.41

                          Balance Due                           $12,790.77

                          Task Code Summary
                                                    Fees         Expenses
C300   Analysis and Advice                          0.00            96.34
C300   Analysis and Advice                          0.00            96.34

L530   Oral Argument                              825.00             0.00
L500   Appeal                                     825.00             0.00

HARMON & DAVIES, P.C.
Attorneys At Law
2306 Columbia Avenue
Lancaster, PA  17603
(717) 291-2236
(717) 291-5739 (fax)


Billing Period:  10/01/19 - 10/31/19

Page: 1
Mars Wrigley Confectionery                                      04/30/2019
800 High Street                               Client No: 130037-1605M
Hackettstown  NJ  07840                       Statement No:      49947


Kelly Carpenter




Edith McCurry v. Kenco/Manteno Warehouse
Company File Number:  201605917




|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| 04/01/2019 |  |  |  |  |  |  |
| KJO | L530 | A107 | Communication with counsel for Kenco re: oral argument. |  | 0.10 | 31.50 |
| 04/03/2019 |  |  |  |  |  |  |
| KJO | L530 | A105 | Communications with Tom Davies re: oral argument. |  | 0.10 | 31.50 |
| TRD | L530 | A107 | Multiple emails with counsel for Kenco re: division of time allowed by Court for argument; emails to Court re: division of time; begin preparation for argument. |  | 2.50 | 825.00 |
| 04/04/2019 |  |  |  |  |  |  |
| KJO | L530 | A104 | Review of communications from court re: oral argument. |  | 0.10 | 31.50 |
| TRD | L530 | A104 | Review and reply to emails from 7th Circuit re: confirmation of oral argument; telephone conversation with counsel for Kenco re: approach to oral argument. |  | 0.60 | 198.00 |

Mars Wrigley Confectionery                                   04/30/2019
                                       Client No: 130037-1605M
                                     Statement No:        49947

Edith McCurry v. Kenco/Manteno Warehouse
Company File Number:  201605917


                                                    Hours

04/08/2019
     TRD  L530  A104   Review appellate briefs to
                       preapre for oral argument;
                       conference with Kimberly
                       Overbaugh and Rob Vernon.        1.20     396.00

04/09/2019
     TRD  L530  A101   Prepare for oral argument;
                       conference with counsel for
                       Kenco.                           4.00   1,320.00

04/10/2019
     TRD  L530  A101   Prepare for oral argument.      10.00   3,300.00

04/11/2019
     TRD  L530  A109   Prepare for and participate in
                       oral argument before 7th
                       Circuit.                         8.00   2,640.00
                       For Professional Services Rendered  26.60   8,773.50

                          Recapitulation
                 Attorney                    Hours
                 Thomas R. Davies            26.30
                 Kimberly J. Overbaugh        0.30




                 Airfare                              1,415.30
                 Westlaw Search                          47.41
                 Copy charges                           19.60
                 Total Expenses Thru 04/30/2019       1,482.31

                 Total Current Work                  10,255.81

                 Previous Balance                   $12,790.77


                 Balance Due                        $23,046.58

Mars Wrigley Confectionery

Edith McCurry v. Kenco/Manteno Warehouse
Company File Number:  201605917

### Task Code Summary

|       |                      | Fees     | Expenses |
|-------|----------------------|----------|----------|
| C300  | Analysis and Advice  | 0.00     | 54.90    |
| C300  | Analysis and Advice  | 0.00     | 54.90    |
|       |                      |          |          |
| L530  | Oral Argument        | 8773.50  | 1427.41  |
| L500  | Appeal               | 8,773.50 | 1,427.41 |

HARMON & DAVIES, P.C.
Attorneys At Law
2306 Columbia Avenue
Lancaster, PA  17603
(717) 291-2236
(717) 291-5739 (fax)


Billing Period:  10/01/19 - 10/31/19

|  |  | Page: 1 |
|---|---|---|
| Mars Wrigley Confectionery | | 05/31/2019 |
| 800 High Street | Client No: | 130037-1605M |
| Hackettstown  NJ  07840 | Statement No: | 50066 |

Kelly Carpenter


Edith McCurry v. Kenco/Manteno Warehouse
Company File Number:  201605917


| | | | | Hours | |
|---|---|---|---|---|---|
| 05/23/2019 | | | | | |
| KJO | L530 | A104 | Listen to oral argument recording and follow up on case status. | 0.50 | 157.50 |
| | | | For Professional Services Rendered | 0.50 | 157.50 |

Recapitulation

| Attorney | Hours |
|---|---|
| Kimberly J. Overbaugh | 0.50 |


| | |
|---|---|
| Total Current Work | 157.50 |
| Previous Balance | $23,046.58 |


| 05/02/2019 | Fee Payment Only | -11,313.90 |
|---|---|---|
| 05/02/2019 | Cost Payment Only | -555.53 |
| 05/15/2019 | Fee Payment Only | -825.00 |
| 05/15/2019 | Cost Payment Only | -96.34 |
| | Total Payments | -12,790.77 |
| | Balance Due | $10,413.31 |

Mars Wrigley Confectionery
05/31/2019
Client No: 130037-1605M
Statement No:        50066

Edith McCurry v. Kenco/Manteno Warehouse
Company File Number:  201605917

### Task Code Summary

|        |              | Fees    | Expenses |
|--------|--------------|--------:|---------:|
| L530   | Oral Argument | 157.50 | 0.00     |
| L500   | Appeal        | 157.50 | 0.00     |

HARMON & DAVIES, P.C.
Attorneys At Law
2306 Columbia Avenue
Lancaster, PA  17603
(717) 291-2236
(717) 291-5739 (fax)


Billing Period:  11/01/19 - 11/30/19

Page: 1
11/30/2019

Mars Wrigley Confectionery
800 High Street
Hackettstown  NJ  07840

Client No: 130037-1605M
Statement No:        50759


Kelly Carpenter



Edith McCurry v. Kenco/Manteno Warehouse
Company File Number:  201605917



|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| **11/07/2019** |  |  |  |  |  |
| KJO | L510 | A104 | Review of opinion re: appeal and related communications with Tom Davies and David Mulrine. | 0.60 | 189.00 |
| TRD | L190 | A104 | Review decision of 7th Circuit affirming dismissal of case; conference with Kimberly Overbaugh. | 0.50 | 165.00 |
| **11/08/2019** |  |  |  |  |  |
| DRM | C200 | A102 | Research frivolous appeals, respondent's entitlement to "costs" for frivolous appeals; what "costs" are allowed and how to prove/show "costs". | 3.50 | 1,046.50 |
| DRM | C100 | A104 | Review the Seventh Circuit Court of Appeals opinion affirming the USDC for the Central District of Illinois' judgment. | 1.00 | 299.00 |
| KJO | C200 | A104 | Review of articles re: decision on appeal. | 0.40 | 126.00 |
| TRD | L190 | A105 | Email with Rick Harmon re: 7th Circuit decision. | 0.10 | 33.00 |

Mars Wrigley Confectionery

Client No: 130037-1605M
Statement No:        50759

Edith McCurry v. Kenco/Manteno Warehouse
Company File Number:  201605917

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| **11/20/2019** |  |  |  |  |  |
| DRM | C200 | A102 | Research frivolous appeals, what "costs" are recoverable and to draft a bill of costs. | 2.00 | 598.00 |
| DRM | C300 | A105 | Email to Kimberly Overbaugh analyzing bill of costs and what costs are recoverable. | 0.40 | 119.60 |
| DRM | C100 | A104 | Gather and compile the necessary documentation, including bills to client, copies of shipping labels and receipts to include in bill of costs. | 1.60 | 478.40 |
| KJO | L510 | A105 | Communications with David Mulrine re: judgment and recovery of costs. | 0.20 | 63.00 |
| TRD | L230 | A105 | Multiple emails re: status of case and argument set for Dec. 10; review order issued by court; review emails re: calculation of costs. | 0.70 | 231.00 |
| **11/21/2019** |  |  |  |  |  |
| DRM | L510 | A103 | Draft bill of costs. | 2.60 | 777.40 |
| DRM | C300 | A105 | Various communications with Kimberly Overbaugh re: the filing of the bill of costs. | 0.20 | 59.80 |
| KJO | L510 | A105 | Conference with David Mulrine re: bill of costs. | 0.20 | 63.00 |
| KJO | L510 | A104 | Review of bill of costs and declaration; related communications with David Mulrine. | 0.30 | 94.50 |
| KJO | L250 | A104 | Review of opposing counsel's response to order to show cause and related follow up. | 0.40 | 126.00 |
| TRD | L510 | A104 | Review response to order to show cause submitted by Jordan Hoffman; emails with Kimberly Overbaugh and Kenco counsel. | 0.50 | 165.00 |

Mars Wrigley Confectionery                              11/30/2019
                                          Client No: 130037-1605M
                                          Statement No:      50759

Edith McCurry v. Kenco/Manteno Warehouse
Company File Number:  201605917


                                                    Hours
                    For Professional Services Rendered  15.20   4,634.20

                          Recapitulation
            Attorney                        Hours
            Thomas R. Davies                 1.80
            David R. Mulrine                11.30
            Kimberly J. Overbaugh            2.10




            Postage                                      29.18
            Copy charges                                  2.10
            Total Expenses Thru 11/30/2019               31.28

            Total Current Work                        4,665.48


            Balance Due                               $4,665.48


                      Task Code Summary
                                              Fees      Expenses
C100   Fact Gathering                        777.40        0.00
C100   Fact Gathering                        777.40        0.00

C200   Researching Law                      1770.50        0.00
C200   Researching Law                     1,770.50        0.00

C300   Analysis and Advice                   179.40       31.28
C300   Analysis and Advice                   179.40       31.28

L190   Other Case Assessment, Developement and Administration  198.00    0.00
L100   Case Assessment, Development and Administration  198.00           0.00

L230   Court Mandated Conferences            231.00        0.00
L250   Other Written Motions and Submissions 126.00        0.00
L200   Pre-Trial Pleadings and Motions       357.00        0.00

```
                                                          Page:  4
     Mars Wrigley Confectionery                        11/30/2019
                                            Client No: 130037-1605M
                                           Statement No:      50759

     Edith McCurry v. Kenco/Manteno Warehouse
     Company File Number:  201605917
```

|      |                                    | Fees     | Expenses |
|------|------------------------------------|----------|----------|
| L510 | Appellate Motions and Submissions  | 1351.90  | 0.00     |
| L500 | Appeal                             | 1,351.90 | 0.00     |

Client: 130037.1605M   **Mars Wrigley Confectionery - Hackettstown NO**    Mars Wrigley Con      Contact: Kelly Carpenter
Edith McCurry v. Kenco/Manteno Warehouse                                                Business: 323-587-2727x0341
Primary Attorney:        1 HRH    Category:     5 Labor Law                       Business Fax: 323-586-8347x0341
Secondary Attorney:      1 HRH    Draft Template: 00000003    Rate Code: 2            Company File Number: 201605917
Originating Attorney:    1 HRH    Final Template: 00000003    Date Opened: 08/31/2016
Previous Balance:       4665.48

| Date | Atty | B C | Task Code | Ref # | Rate | Hours Worked | Hours to Bill | Write-Up/ Down Hrs | Amount | Write-Up/ Down Amt | Description |
|------|------|-----|-----------|-------|------|--------------|---------------|--------------------|--------|--------------------|-------------|
| **Fees** | | | | | | | | | | | |
| 12/03/2019 | 16 KJO | | L460 A104 | 279 | 315.00 | 0.10 | 0.10 | | 31.50 | | Review of communication from court re: bill of costs award. |
| 12/16/2019 | 16 KJO | | L460 A104 | 280 | 315.00 | 0.10 | 0.10 | | 31.50 | | Review of communication from the court re: attorneys fees and related communications with David Mulrine. |
| 12/16/2019 | 6 DRM | | C300 A105 | 282 | 299.00 | 0.10 | 0.10 | | 29.90 | | Confer with Kimberly Overbaugh re: the filing of Statement of Fees and Costs. |
| 12/16/2019 | 2 TRD | | L430 A104 | 292 | 330.00 | 0.60 | 0.60 | | 198.00 | | Review order; conference with Kimberly Overbaugh and David Mulrine re: information needed to submit costs. |
| 12/18/2019 | 6 DRM | | C200 A102 | 283 | 299.00 | 1.80 | 1.80 | | 538.20 | | Research and review statements of fees and costs filed with the 7th Circuit Court of Appeals, as well as the appropriate format and content and necessary documentation. |
| 12/18/2019 | 6 DRM | | L510 A103 | 284 | 299.00 | 2.90 | 2.90 | | 867.10 | | Draft Statement of Fees and Costs. |
| 12/18/2019 | 6 DRM | | L510 A104 | 285 | 299.00 | 0.10 | 0.10 | | 29.90 | | Compile client invoices to be filed with Statement of Fees and Costs. |
| 12/30/2019 | 6 DRM | | C300 A105 | 286 | 299.00 | 0.10 | 0.10 | | 29.90 | | Confer with Kimberly Overbaugh re: Statement of Fees and Costs. |
| 01/02/2020 | 6 DRM | | L510 A103 | 287 | 299.00 | 1.10 | 1.10 | | 328.90 | | Finishing drafting Statement of Fees and Costs. |
| 01/02/2020 | 6 DRM | | C300 A105 | 288 | 299.00 | 0.10 | 0.10 | | 29.90 | | Confer with Kimberly Overbaugh re: Statement of Fees and Costs. |
| 01/03/2020 | 16 KJO | | L470 A104 | 281 | 315.00 | 0.70 | 0.70 | | 220.50 | | Review of and revisions to Statement of Fees and Costs filing and related communications with David Mulrine; related follow up re: attorneys fees. |
| 01/03/2020 | 6 DRM | | C300 A105 | 289 | 299.00 | 0.30 | 0.30 | | 89.70 | | Confer with Kimberly Overbaugh re: Statement of Fees and Costs. |
| 01/03/2020 | 6 DRM | | C200 A104 | 290 | 299.00 | 0.30 | 0.30 | | 89.70 | | Review case law pertaining to Statement of Fees and Costs. |
| 01/03/2020 | 6 DRM | | L510 A103 | 291 | 299.00 | 0.50 | 0.50 | | 149.50 | | Revise and finalize Statement of Fees and Costs. |
| **Total Billable Fees** | | | | | | 8.80 | 8.80 | | 2664.20 | | |
| Billable Total: | 2 TRD | | | | | 0.60 | 0.60 | | 198.00 | | |
| Billable Total: | 6 DRM | | | | | 7.30 | 7.30 | | 2182.70 | | |
| Billable Total: | 16 KJO | | | | | 0.90 | 0.90 | | 283.50 | | |

**R E C A P**

| Fees: | 2664.20 | | | | | |
|-------|---------|--|--|--|--|--|
| Expenses: | 0.00 | Previous Balance: | 4665.48 | | | |
| Advances: | 0.00 | Payments/Credits: | 0.00 | | | |
| Total WIP: | 2664.20 | Balance Due: | 4665.48 | | Total: | 7329.68 |

| A/R: | 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|------|------|-------|-------|--------|---------|------|
| | 0.00 | 4665.48 | 0.00 | 0.00 | 0.00 | 0.00 |

**EXHIBIT B**

Wendy Grazan
3061 Bricker Road
Manheim, PA 17545

| | | | |
|---|---|---|---|
| **Passenger(s):** | **DAVIES/THOMAS RICHARD** | | |
| **Date:** | 01 April 2019 | **Booking Ref.:** | WRIOLY S-W1DH |
| **Invoice No:** | 3935579 | **Customer:** | 008634 |
| **Billing:** | HARMON AND DAVIES | **Delivery** | HARMON AND DAVIES |
| | 2306 COLUMBIA AVE | **Address:** | 2306 COLUMBIA AVE |
| | LANCASTER PA 17603 | | LANCASTER PA 17603 |
| | | | US |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

AIR - Wednesday, April 10 2019

| American Airlines  Flight AA2986  Economy Class | |
|---|---|
| Depart: | Harrisburg International Airport |
| | Harrisburg, Pennsylvania, United States |
| | 03:11 PM Wednesday, April 10 2019 |
| Arrive: | O'Hare International, TERMINAL 3 |
| | Chicago, Illinois, United States |
| | 04:24 PM Wednesday, April 10 2019 |
| Duration: | 2 hour(s) and 13 minute(s) Non-stop |
| Status: | Confirmed - American Airlines Booking Reference: **WRIOLY** |
| Equipment: | Canadair Regional Jet 700 |
| Operated By: | SKYWEST AIRLINES AS AMERICAN EAGLE |
| | OPERATED BY SKYWEST AIRLINES AS AMERICAN EAGLE |
| Seat: | 04B Confirmed |
| FF Number: | |
| Baggage Allowance: | NIL |

AIR - Thursday, April 11 2019

| American Airlines  Flight AA4027  Economy Class | |
|---|---|
| Depart: | O'Hare International, TERMINAL 3 |
| | Chicago, Illinois, United States |
| | 03:05 PM Thursday, April 11 2019 |
| Arrive: | Harrisburg International Airport |
| | Harrisburg, Pennsylvania, United States |
| | 05:52 PM Thursday, April 11 2019 |
| Duration: | 1 hour(s) and 47 minute(s) Non-stop |
| Status: | Confirmed - American Airlines Booking Reference: **WRIOLY** |
| Equipment: | Embraer RJ145 |
| Operated By: | ENVOY AIR AS AMERICAN EAGLE |
| | OPERATED BY ENVOY AIR AS AMERICAN EAGLE |
| Seat: | 10B Confirmed |
| FF Number: | |
| Baggage Allowance: | NIL |

Remarks

| GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY |
|---|

Invoice

| **Total Invoice Amount: $781.59 USD** |
|---|
| Electronic Ticket Number: 0017345431892 |
| Invoice No.: 3935579 |
| Ticket Amount: $746.59 USD |
| Form of Payment: AX***********1082 |
| |
| Service Fee Number: 8900764848076 |
| Service Fee Amount: $35.00 USD |

# Hilton

**HOTELS & RESORTS**

**HILTON CHICAGO**

<table>
<tr><td>**Name and Address**</td></tr>
</table>

DAVIES, THOMAS

<table>
<tr><td>**Hotel Address**</td></tr>
</table>

720 SOUTH MICHIGAN AVENUE
CHICAGO, IL 60605

| Room | 2212//K1DL |
| Arrival Date | 04/10/19 |
| Departure Date | 04/11/19 |

Reservations
www.hilton.com or
1-800-HILTONS

Confirmation # 3104499531

| Adult/Child | 1/0 |
| Room Rate | $428.26 |

| Rate Plan | L-HPPRP1 |
| Honors # | |
| Airline: | |

04/11/19  PAGE   1

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 04/10/19 | 20060340 | GUEST ROOM | $428.26 |
| 04/10/19 | 20060340 | HOTEL CITY TAX | $19.27 |
| 04/10/19 | 20060340 | HOTEL STATE TAX | $50.96 |
| 04/10/19 | 20060340 | COOK COUNTY TAX | $4.28 |
| 04/11/19 | 20061588 | ************1082 | ($502.77) |
| | | ** BALANCE ** | $0.00 |

The on-line eFolio is a courtesy informational service, subject to Privacy Policy and Site Usage; actual folio kept in hotel records.



             

