Case No. 18-3206

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

Edith McCurry,
Plaintiff-Appellant,

v.

Kenco Logistics Services, LLC, Mario Lopez, Mike Manzello, Kelvin Walsh, Lori Varvel, Tammi Fowler, David Jabaley and Mars, Inc.,
Defendants-Appellees.

---

Appeal from the United States District Court for the
Central District of Illinois
The Honorable Colin S. Bruce, Judge Presiding
Case No. 2:16-CV-02273

---

**Declaration of Jody Wilner Moran in Support of Attorney's Fees and Costs**

---

Jody Wilner Moran, pursuant to 28 U.S.C. §1746 states as follows:

1.     I am a shareholder in the law firm of Jackson Lewis P.C. in Chicago, Illinois. I am the lead attorney representing Defendants-Appellees Kenco Logistics Services, LLC, Mario Lopez, Mike Manzello, Kelvin Walsh, Lori Varvel, Tammi Fowler, and David Jabaley (collectively "the Kenco Defendants") in the case filed by Plaintiff-Appellant Edith McCurry currently pending in the United States Court of Appeals for the Seventh Circuit, Case No. 18-3206. I concentrate my practice in the area of employment law.

2.     Jackson Lewis P.C. is a law firm consisting of approximately 900 attorneys in over 50 offices throughout the United States. Our practice includes the representation and counselling

1

of management in employment disputes and related matters. Jackson Lewis P.C. operates an office in Chicago, Illinois.

3. I was admitted to practice law in the state of Illinois in 1983 and I am a member in good standing of the Illinois Bar and eligible to practice in all courts in the state of Illinois. I have also been admitted to practice before the United States Court of Appeals for the Seventh Circuit.

4. Julia Pearce Argentieri, a senior associate at Jackson Lewis P.C. is assisting me on this matter. She is a 2010 graduate of the University of Illinois College of Law and was admitted to practice before the Supreme Court of Illinois in 2010. She is a member in good standing of the Illinois Bar and is eligible to practice in all courts in the State of Illinois as well as the United States Court of Appeals for the Seventh Circuit.

5. Katherine Bailey was an associate at Jackson Lewis P.C. and assisted me on this matter until her departure from Jackson Lewis in August 2019. She is a 2017 graduate of the University of Michigan Law School and is a member in good standing of the Illinois Bar and eligible to practice in all courts in the State of Illinois.

6. Attached as Exhibit 1 to this Affidavit is a redacted copy of legal invoices reflecting all attorney's fees and costs incurred on behalf of the Kenco Defendants in defending against McCurry's appeal. All fees and expenses listed were reasonably and necessarily spent.

7. I have reviewed the time entries relating to the time spent in connection with defending McCurry's appeal on behalf of the Kenco Defendants. The time listed in the attached Exhibit 1 accurately reflect the time expended by Jackson Lewis attorneys and paralegals.

8. The billing rate for attorneys assigned to this case was $265 per hour for partners and $235 per hour for associates. This rate is substantially less than the normal billing rate for the attorneys assigned to the case, including the undersigned.

9. My current standard billing rate is $640 per hour. Ms. Argentieri's current billing rate is $370 per hour.

10. All time billed by us that is reported in Exhibit 1 was billed at the reported rates and the Kenco Defendants have paid those invoices. Our rates are equal to or less than that of other lawyers in medium-to-large Chicago law firms with similar backgrounds, qualifications, practices, and experience.

11. As reflected on Exhibit 1, legal fees incurred in connection with responding to McCurry's appeal total $30,764.00 representing 129.2 hours of work. These fees do not include the time spent preparing this petition for attorney's fees (which has not yet been billed).

12. Expenses incurred by the Kenco Defendants in defending against McCurry's appeal total $56.00 for copying costs associated with the appellate briefs (*See* Kenco's Bill of Costs, previously filed as Dkt. No. 42). A copy of the copying invoice is also attached hereto as Exhibit 2. These expenses were necessarily and reasonably incurred.

13. The Kenco Defendants respectfully request that Attorney Hoffman be required to pay $30,764.00 in attorney fees and $112 in double expenses in accordance with the Court's order entered on December 16, 2019.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 3rd day of January 2020

_____
Jody Wilner Moran