# EXHIBIT 2



# Invoice

Sold to:

**Invoice Number:** 148098
**Date:** 2/26/2019
**Terms:** Net 30
**Due Date:** 3/28/2019

Jackson Lewis
150 N. Michigan Ave.
Suite 2500
Chicago, IL 60601

**Job Number:** 0219-0671

**Ordered by:** R Lee

**Sales Rep:** SJY

**Client Reference:** Kenco Books

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| 16 | Coil Binding Only - 5/16" | 3.50 | 56.00 |

**Please remit to:**
333 S. Wabash Ave. S-1502
Chicago, IL 60604
312-542-1300
acct@alohaprintgroup.com

**FEIN:** 30-0059700

**PAY THIS AMOUNT:** $56.00

*Past due invoices are subject to 1.5% interest per month.*

To pay this invoice using our secure payment portal, click here - http://www.alohaprintgroup.com/contact/pay-Invoice.aspx

JACKSON LEWIS PC    Inv 148098                    9613
150 N MICHIGAN AVE SUITE 2500                     70-2390/719
CHICAGO, IL 60601           9/30/19
                                        Date

Pay to the
Order of  Aloha Print Group,          $56.00

Fifty six XXX/100 —————————————— Dollars

FIFTH THIRD BANK  99906
For 380258-6355

⑆071923909⑆ 724042360311⑈ 09613