# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

January 22, 2020

**Before**

DIANE S. SYKES, *Circuit Judge*

MICHAEL Y. SCUDDER, *Circuit Judge*

AMY J. ST. EVE, *Circuit Judge*

| | |
|---|---|
| No. 18-3206 | |
| EDITH McCURRY, *Plaintiff-Appellant,* | Appeal from the United States District Court for the Central District of Illinois. |
| v. | No. 16-CV-2273 |
| KENCO LOGISTICS SERVICES, LLC, et al., *Defendants-Appellees.* | Colin S. Bruce, *Judge.* |

**O R D E R**

On December 16, 2019, we awarded sanctions against Jordon T. Hoffman, plaintiff-appellant Edith McCurry's attorney, under Rule 38 of the Federal Rules of Appellate Procedure in the form of reasonable attorney's fees and double costs. Defendants-appellees Kenco Logistics Services, LLC, et al., and Mars, Incorporated, filed statements of their attorney's fees and costs. The fees requests are reasonable. Accordingly,

**IT IS ORDERED** that defendants-appellees Kenco Logistics Services, LLC, et al., shall recover from Hoffman attorney's fees in the amount of $30,764. Defendant-appellee Mars, Incorporated, shall recover from Hoffman attorney's fees in the amount of $41,226.10. Finally, all defendants-appellees shall recover double the amount of the costs taxed by the clerk of court.