## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

November 7, 2019

Before:

DIANE S. SYKES, *Circuit Judge*

MICHAEL Y. SCUDDER, *Circuit Judge*

AMY J. ST. EVE, *Circuit Judge*

| No. 18-3206 | EDITH MCCURRY,<br>Plaintiff - Appellant<br><br>v.<br><br>KENCO LOGISTIC SERVICES, LLC, et al.,<br>Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:16-cv-02273-CSB-EIL<br>Central District of Illinois<br>District Judge Colin S. Bruce ||

    The judgment of the District Court is **AFFIRMED**, with costs. The appeal is utterly frivolous and McCurry's monstrosity of an appellate brief is incoherent, so we also order her lawyer, Jordan T. Hoffman, to show cause why he should not be sanctioned or otherwise disciplined under Rules 28 and 38 of the Federal Rules of Appellate Procedure. The above is in accordance with the decision of this court entered on this date.