# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## BILL OF COSTS

December 3, 2019

Taxed in Favor of: **Appellee Mars, Incorporated**

| No. 18-3206 | EDITH MCCURRY, <br> Plaintiff - Appellant <br><br> v. <br><br> KENCO LOGISTIC SERVICES, LLC, a Tennessee Limited Liability Company, et al., <br> Defendants - Appellees |
|---|---|
| **Originating Case Information:** | |
| District Court No: 2:16-cv-02273-CSB-EIL <br> Central District of Illinois <br> District Judge Colin S. Bruce | |

The mandate or agency closing letter issued in this cause on December 3, 2019.

BILL OF COSTS issued in the amount of: $228.00.

| | | Cost of <br> Each Item | Total Cost <br> Each Item |
|---|---|---|---|
| 1. | For docketing a case on appeal or review or docketing any other proceeding: | | |
| 2. | For reproduction of any record or paper, per page: | | |
| 3. | For reproduction of briefs: | | $228.00 |
| | TOTAL: | | $228.00 |

form name: **c7_BillOfCosts**(form ID: **140**)