# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

December 3, 2019

To:   Shig Yasunaga
　　　UNITED STATES DISTRICT COURT
　　　Central District of Illinois
　　　U.S. Courthouse
　　　Urbana , IL 61802-3369

| No. 18-3206 | EDITH MCCURRY, Plaintiff - Appellant<br><br>v.<br><br>KENCO LOGISTIC SERVICES, LLC, a Tennessee Limited Liability Company, et al.,<br>　Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:16-cv-02273-CSB-EIL<br>Central District of Illinois<br>District Judge Colin S. Bruce ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

| AMOUNT OF BILL OF COSTS (do not include the $): | 370.50 [228 to Appellee Mars, Incorporated; 142.50 to Appellees: Kenco Logistic Services, David Jabaley, Mike Manzello, Kevin Walsh] |
|---|---|

| DATE OF MANDATE OR AGENCY CLOSING LETTER ISSUANCE: | 12/03/2019 |
|---|---|

| RECORD ON APPEAL STATUS: | No record to be returned |
|---|---|

**NOTE TO COUNSEL:**

If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                                          **Received by:**

_____                    _____

form name: **c7_Mandate**(form ID: **135**)